# Exhibit B

## FIRST AMENDMENT TO BUSINESS LOAN AGREEMENT

THIS FIRST AMENDMENT TO BUSINESS LOAN AGREEMENT (the "Amendment") is made effective as of February ⌊⌊, 2020 by and between **MAG TRUCKS, LLC,** a Missouri limited liability company ("MAG"), **FORCE MIDWEST, LLC,** a Missouri limited liability company ("Force"), **APEX SPECIALTY VEHICLES, LLC,** a Missouri limited liability company ("Apex"), **MULUNGAS, LLC,** a Missouri limited liability company ("Mulungas"), **MID WESTERN AUTOMOTIVE, LLC,** a Missouri limited liability company ("Mid Western"), and **FORCE COMMERCIAL BUILDING, LLC,** a Missouri limited liability company ("Force Commercial" and together with MAG, Force, Apex, Mulungas, and Mid Western collectively herein "Borrower"), and **ENTERPRISE BANK & TRUST,** a Missouri chartered trust company

A.      Borrower and Lender are parties to that certain Business Loan Agreement (the "Loan Agreement") dated December 2, 2019 pursuant to which Lender agreed to make certain loans including a line of credit loan (the "MAG Line of Credit Loan") to Borrower in the maximum principal amount of $2,000,000.00. All words and phrases used in this Amendment with their initial letters capitalized shall have the meaning assigned to them in the Loan Agreement unless such words and phrases are otherwise specifically defined herein.

B.      Borrower has requested that Lender agree to amend the Loan Agreement to increase the maximum principal amount of the MAG Line of Credit Loan by $375,000.00 to $2,375,000.00. Conditioned upon and subject to Borrower and Lender executing this Amendment and the First Amendment to Promissory Note (MAG Line of Credit), and the Guarantors each executing a Guarantor Acknowledgement and Consent, Lender agrees to increase the maximum principal amount of the MAG Line of Credit Loan to $2,375,000.00.

### AGREEMENT

NOW THEREFORE, in consideration of the premises, the mutual covenants and agreements set forth herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Borrower and Lender agree as follows:

1.      That Section 2 of the Loan Agreement be, and hereby is, amended by deleting therefrom in their entirety the definitions for the terms "MAG Line of Credit Loan Amount", and "MAG Line of Credit Note" and "Loan Agreement", and replacing those definitions with the following definitions:

""MAG Line of Credit Loan Amount" shall mean the principal amount of $2,375,000.00 as stated in the MAG Line of Credit Note."

""MAG Line of Credit Note" shall mean that certain Promissory Note dated December 2, 2019 made by Borrower, payable to Lender or its order, as amended by the First Amendment to Promissory Note dated of even date with this Amendment, by and between Borrower and Lender, in the MAG Line of Credit Loan Amount, bearing interest as in the MAG Line of Credit Note specified, with interest and principal payable and prepayment provisions as in the MAG Line of Credit Note specified, maturing on the

7G62708.DOCX

MAG Line of Credit Maturity Date, and any and all amendments, modifications, supplements, replacements, extensions, renewals, increases, refundings and restatements thereof hereafter made."

""Loan Agreement" shall mean the Business Loan Agreement dated December 2, 2019 between Borrower and Lender as amended by this Amendment, as the same may be subsequently amended, modified or supplemented."

2.  That Section 4(d)(1) of the Loan Agreement be, and hereby is, deleted in its entirety and replaced with the following:

"(1)  Lender agrees to make Advances on the MAG Line of Credit Loan to MAG from time to time from the date of this Loan Agreement to the MAG Line of Credit Maturity Date, provided that (i) from and after the date of this Amendment to July 31, 2020 the aggregate amount of such Advances on the MAG Line of Credit Loan outstanding at any time does not exceed the lesser of the MAG Line of Credit Loan Amount or the MAG Borrowing Base and (ii) from and after August 1, 2020 until the MAG Line of Credit Maturity Date the aggregate amount of such Advances on the MAG Line of Credit Loan outstanding at any time does not exceed the lesser of $2,000,000.00 or the MAG Borrowing Base.  Within the foregoing limits, MAG may borrow, partially or wholly prepay, and re-borrow under this Loan Agreement subject to satisfaction all of conditions set forth herein.  Advances shall be made at Lender's Address or at such other place as Lender may designate from time to time."

3.  That Section 4(d)(4) of the Loan Agreement be, and hereby is, renumbered as Section 4(d)(5) and new Section 4(d)(4) be, and hereby is, added to the Loan Agreement as follows:

"(4)  If on August 1, 2020 the aggregate principal amount of the outstanding Advances on the MAG Line of Credit Loan shall exceed $2,000,000, Borrower, shall immediately pay to Lender a principal payment in an amount equal to the difference between the outstanding principal balance of the Advances on the MAG Line of Credit Loan and $2,000,000.00.

4.  Contemporaneously with the execution of this Agreement, Borrower agrees to execute the First Amendment to Promissory Note in form acceptable to Lender and to cause (i) the Guarantors to each execute a Guarantor Acknowledgement and Consent.

5.  Except as expressly amended by the terms of this Amendment, the terms of the Loan Agreement remain in full force and effect.

6.  Borrower has read and understands the terms of this Amendment and has had the same reviewed by legal counsel of its choice before executing the same.

7.  If any provision of this Amendment or any portion of any provision of this Amendment shall be deemed to be invalid, illegal or unenforceable, such invalidity, illegality or

7G62708.DOCX

unenforceability shall not alter the remaining portion of such provision, or any other provision hereof, as each provision of this Amendment shall be deemed severable from all other provisions hereof.

8.      The parties may execute this Amendment in counterparts, which taken together will constitute one instrument.  An electronic transmission or other facsimile of this Amendment shall be deemed an original and shall be admissible as evidence of the document and the signers execution.

9.      Waiver of Jury Trial.  ALL OF THE PARTIES TO THIS AMENDMENT KNOWINGLY AND INTENTIONALLY, IRREVOCABLY AND UNCONDITIONALLY, WAIVE ANY AND ALL RIGHTS TO A TRIAL BY JURY IN ANY LITIGATION ARISING OUT OF OR CONCERNING THIS AMENDMENT OR ANY OTHER RELATED LOAN DOCUMENTS OR RELATED OBLIGATION. ALL OF THESE PARTIES ACKNOWLEDGE THAT THIS SECTION HAS EITHER BEEN BROUGHT TO THE ATTENTION OF EACH PARTY'S LEGAL COUNSEL OR THAT EACH PARTY HAD THE OPPORTUNITY TO DO SO.

10.      Statutory Notice.  The following provision is included in compliance with Missouri Revised Statutes Section 432.047: ORAL OR UNEXECUTEDAGREEMENTS OR COMMITMENTS TO LOAN MONEY, EXTEND CREDIT OR TO FORBEAR FROM ENFORCING REPAYMENT OF A DEBT INCLUDING PROMISES TO EXTEND OR RENEW SUCH DEBT ARE NOT ENFORCEABLE, REGARDLESS OF THE LEGAL THEORY UPON WHICH IT IS BASED THAT IS IN ANY WAY RELATED TO THE  AMENDMENT, THE NOTE OR THE LOAN AGREEMENT. TO PROTECT BORROWER AND LENDER FROM MISUNDERSTANDING OR DISAPPOINTMENT, ANY AGREEMENT REACHED BETWEEN BORROWER AND LENDER ARE CONTAINED IN THIS AMENDMENT, THE NOTE, THE LOAN AGREEMENT, AND THE LOAN DOCUMENTS WHICH ARE THE COMPLETE AND EXCLUSIVE STATEMENTS OF THE AGREEMENT BETWEEN BORROWER AND LENDER, EXCEPT AS MAY BE LATER AGREED TO IN WRITING.

[Signature page to follow]

7G62708.DOCX

IN WITNESS WHEREOF, Borrower and Lender have duly executed this First Amendment to Business Loan Agreement as of the day and year written below.

**"BORROWER"**

**MAG TRUCKS, LLC,** a Missouri
limited liability company

By: X _____                Date: __2/10/20__
    Brad Carlson, Manager

**FORCE MIDWEST, LLC,** a Missouri
limited liability company

By: X _____                Date: __2/10/20__
    Brad Carlson, Manager

**APEX SPECIALTY VEHICLES, LLC,** a Missouri
limited liability company

By: X _____                Date: __2/10/20__
    Brad Carlson, Manager

**MULUNGAS, LLC,** a Missouri
limited liability company

By: X _____                Date: __2/10/20__
    Brad Carlson, Sole Member

**MID WESTERN AUTOMOTIVE, LLC,** a Missouri
limited liability company

By: X _____                Date: __2/10/20__
    Brad Carlson, Sole Member

7G62708.DOCX

**FORCE COMMERCIAL BUILDING, LLC,** a Missouri
limited liability company

By:_____         Date: 2/10/20
   Brad Carlson, Manager

**"LENDER"**

**ENTERPRISE BANK & TRUST**

By:_____         Date: _____
   Aaron Wiens, Vice President

7G62708.DOCX

Electronically Filed - JACKSON - INDEPENDENCE - October 25, 2023 - 04:10 PM

### SECOND AMENDMENT TO BUSINESS LOAN AGREEMENT

THIS SECOND AMENDMENT TO BUSINESS LOAN AGREEMENT (the "Amendment") is made effective as of August 31, 2020 by and between **MAG TRUCKS, LLC,** a Missouri limited liability company ("MAG"), **FORCE MIDWEST, LLC,** a Missouri limited liability company ("Force"), **APEX SPECIALTY VEHICLES, LLC,** a Missouri limited liability company ("Apex"), **MULUNGAS, LLC,** a Missouri limited liability company ("Mulungas"), **MID WESTERN AUTOMOTIVE, LLC,** a Missouri limited liability company ("Mid Western"), and **FORCE COMMERCIAL BUILDING, LLC,** a Missouri limited liability company ("Force Commercial" and together with MAG, Force, Apex, Mulungas, and Mid Western collectively herein "Borrower"), and **ENTERPRISE BANK & TRUST,** a Missouri chartered trust company

A.      Borrower and Lender are parties to that certain Business Loan Agreement (the Original "Loan Agreement") dated December 2, 2019 pursuant to which Lender agreed to make certain loans to Borrower.  Effective February 11, 2020 Borrower and Lender entered into that certain First Amendment to Business Loan Agreement (the 'First Amendment" and collectively with the Original Loan Agreement the "Loan Agreement").  All words and phrases used in this Amendment with their initial letters capitalized shall have the meaning assigned to them in the Loan Agreement unless such words and phrases are otherwise specifically defined herein.

B.      Borrower has requested that Lender make an additional loan to Borrower in the original principal amount of **TWO MILLION ONE HUNDRED SIXTY THOUSAND and 00/100THS DOLLARS ($2,160,000.00)** (the "MAG Term Loan") to fund Borrower's acquisition and upfit of 48 independent service provide step vans.  Conditioned upon and subject to (i) Borrower executing and delivering to Lender a Promissory Note in the original principal amount of $2,160,000.00 (the "MAG Term Note"), (ii) Borrower and Lender executing this Amendment to cause the MAG Term Note to be subject to the terms of the Loan Agreement and to modify the definition of the MAG Borrowing Base, and (iii) the Guarantor executing a Guarantor Acknowledgement and Consent, Lender agrees to make the MAG Term Loan to Borrower.

### AGREEMENT

NOW THEREFORE, in consideration of the premises, the mutual covenants and agreements set forth herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Borrower and Lender agree as follows:

1.      That Section 2 of the Loan Agreement be, and hereby is, amended by deleting therefrom in their entirety the definitions for the terms "Loan", "Loan Agreement", "Loan Documents" , "MAG Borrowing Base", "Mag's Eligible Box Truck and Step Van Inventory", "MAG Pledged Property" and "Note" and by adding to Section 2 the following definitions:

> ""Loan" shall mean collectively the Apex Line of Credit Loan, the MAG Line of Credit Loan the Apex Term Loan, the MAG Term Loan, and the Mulungas Term Loan and separately any one of the Apex Line of Credit Loan, the MAG Line of Credit Loan, the Apex Term Loan, the MAG Term Loan, or the Mulungas Term Loan."

7ND9713.DOCX

Electronically Filed - JACKSON - INDEPENDENCE - October 25, 2023 - 04:10 PM

""Loan Agreement" shall mean the Business Loan Agreement dated December 2, 2019 between Borrower and Lender as amended by the First Amendment to Business Loan Agreement dated February 11, 2020 and as further amended this Amendment, as the same may be subsequently amended, modified or supplemented."

""Loan Documents" shall mean this Loan Agreement, the Apex Line of Credit Note, the MAG Line of Credit Note, the Apex Term Note, the MAG Term Note, the Mulungas Term Note, the Security Agreement, the Mortgage, the Mulungas Assignment of Rents, the Guaranty, the Second Deed of Trust, and all other documents executed by Borrower contemporaneously herewith in connection with the Loan, as well as all the financing statements and any other documents necessary or appropriate to perfect the security interests created by the Security Agreement, and other Loan Documents, each other instrument, document or agreement now or hereafter evidencing, securing or supporting the Loan, and any amendments and supplements to any of the same hereafter made."

""MAG Borrowing Base" shall mean an amount equal to the sum of (i) 100% of the cost of MAG's Eligible Box Truck and Step Van Inventory as determined by Lender and (ii) the lesser of (a) 100% of the cost of MAG's Eligible Kanban Inventory as determined by Lender or (b) $750,000.00.  The MAG Borrowing Base shall be determined by Lender, from time to time, upon receipt and review of MAG Borrowing Base Certificate, accounts receivable aging report, monthly inventory report, and such other documents and inspections as Lender may from time to time require."

""MAG's Eligible Box Truck and Step Van Inventory" shall mean, at any time, Borrower's entire inventory of ready and available for sale box trucks and independent service provider step vans but shall exclude any food trucks and custom conversion trucks or vans and any MAG Term Loan Inventory."

""MAG Pledged Property" shall mean MAG's Eligible Box Truck and Step Van Inventory, MAG's Eligible Kanban Inventory, MAG Term Loan Inventory, and all other personal property owned by MAG that has been pledged by MAG to Lender under the MAG Security Agreement to secure repayment of the Loan."

""MAG Term Loan" shall mean the loan in the MAG Term Loan Amount to be made by Lender to Borrower pursuant to this Loan Agreement."

""MAG Term Loan Amount" shall mean the original principal amount of $2,160,000.00 as stated in the MAG Term Note."

""MAG Term Loan Inventory" shall mean the 48 independent service provider step vans acquired by MAG with the proceeds of the MAG Term Loan.

""MAG Term Loan Maturity Date" shall mean the maturity date as set forth in the MAG Term Note."

7ND9713.DOCX

Electronically Filed - JACKSON - INDEPENDENCE - October 25, 2023 - 04:10 PM

""MAG Term Note" shall mean that certain Promissory Note dated of even date with this Amendment made by Borrower, payable to Lender or its order, in the MAG Term Loan Amount, bearing interest as in the MAG Term Note specified, with interest and principal payable and prepayment provisions as in the MAG Term Note specified, maturing on the MAG Term Loan Maturity Date, and any and all amendments, modifications, supplements, replacements, extensions, renewals, increases, refundings and restatements thereof hereafter made."

"Note" shall mean collectively the Apex Line of Credit Note, the MAG Line of Credit Note, the Apex Term Note, the MAG Term Note, and the Mulungas Term Note and separately any one of the Apex Line of Credit Note, the MAG Line of Credit Note, the Apex Term Note, the MAG Term Note, or the Mulungas Term Note.

2.      That Section 3 of the Loan Agreement be, and hereby is, deleted in its entirety and replaced with the following:

"USE OF PROCEEDS.   The proceeds of the Loan will be used solely to (i) refinance Borrower's existing loan obligations, (ii) provide working capital for Borrower's business operations, and (iii) finance the acquisition and upfit of the MAG Term Loan Inventory.

3.      That Section a new Section 4(e) be, and hereby is, added to the Loan Agreement as follows:

"(e)      Advances on the MAG Term Loan.

(i)      Subject to the terms and conditions of this Loan Agreement, Lender shall make Advances on the MAG Term Loan to MAG in an aggregate principal amount not to exceed the MAG Term Loan Amount.  Advances shall be made at Lender's Address or at such other place as Lender may designate from time to time. Lender shall have no obligation to re-advance any sums repaid with respect to the MAG Term Loan.

(ii)      Requests for Advances of the MAG Term Loan to pay the costs to acquire the MAG Term Loan Inventory shall be accompanied by invoices or other evidence reasonably satisfactory to Lender of costs incurred to acquire the MAG Term Loan Inventory.  From time to time but not more frequently than once every two (2) weeks MAG may make requests for Advances of the MAG Term Loan to pay the costs to upfit the MAG Term Loan Inventory which requests shall be accompanied by evidence reasonably satisfactory to Lender of costs incurred by Borrower to upfit the MAG Term Loan Inventory.

(iii)      Lender shall make Advances on the MAG Term Loan in amounts approved by Lender to MAG's Primary Deposit Account.  Each Advance on the MAG

7ND9713.DOCX

Electronically Filed - JACKSON - INDEPENDENCE - October 25, 2023 - 04:10 PM

Term Loan shall be conclusively deemed to have been made at the request of and for the benefit of MAG when deposited in MAG's Primary Deposit Account.

(iv) The making of any Advance by Lender shall not be deemed an acceptance or approval by Lender (for the benefit of MAG or any third party) of the MAG Term Loan Inventory. Borrower is solely responsible for assuring the quality of the MAG Term Loan Inventory."

4. That Section 11(c) of the Loan Agreement be, and hereby is, renumbered as Section 11(c)(1) and a new Section 11(c)(2) be, and hereby is, added the Loan Agreement as follows:

"(c)(2) any sum of money coming due under the MAG Term Note, whether principal, interest, late charges, or otherwise, is not paid when due;"

5. Borrower acknowledges, and agrees that the Security Agreement, the Mortgage, the Mulungas Assignment of Rent, and the Second Deed of Trust secure the repayment of the MAG Term Loan.

6. Contemporaneously with the execution of this Agreement, Borrower agrees to (i) execute the MAG Term Note in form acceptable to Lender, and (ii) cause the Guarantor to execute a Guarantor Acknowledgement and Consent.

7. Upon demand by Lender Borrower shall pay to Lender (i) an origination fee of Five Thousand Four Hundred and 00/100 Dollars ($5,400.00) which fee has been fully earned by Lender, and (ii) all costs and expenses, including attorney's fees, incurred by Lender in making the MAG Term Loan

8. Except as expressly amended by the terms of this Amendment, the terms of the Loan Agreement remain in full force and effect.

9. Borrower has read and understands the terms of this Amendment and has had the same reviewed by legal counsel of its choice before executing the same.

10. If any provision of this Amendment or any portion of any provision of this Amendment shall be deemed to be invalid, illegal or unenforceable, such invalidity, illegality or unenforceability shall not alter the remaining portion of such provision, or any other provision hereof, as each provision of this Amendment shall be deemed severable from all other provisions hereof.

11. The parties may execute this Amendment in counterparts, which taken together will constitute one instrument. An electronic transmission or other facsimile of this Amendment shall be deemed an original and shall be admissible as evidence of the document and the signers execution.

12. Waiver of Jury Trial. **ALL OF THE PARTIES TO THIS AMENDMENT KNOWINGLY AND INTENTIONALLY, IRREVOCABLY AND UNCONDITIONALLY,**

7ND9713.DOCX

Electronically Filed - JACKSON - INDEPENDENCE - October 25, 2023 - 04:10 PM

**WAIVE ANY AND ALL RIGHTS TO A TRIAL BY JURY IN ANY LITIGATION ARISING OUT OF OR CONCERNING THIS AMENDMENT OR ANY OTHER RELATED LOAN DOCUMENTS OR RELATED OBLIGATION. ALL OF THESE PARTIES ACKNOWLEDGE THAT THIS SECTION HAS EITHER BEEN BROUGHT TO THE ATTENTION OF EACH PARTY'S LEGAL COUNSEL OR THAT EACH PARTY HAD THE OPPORTUNITY TO DO SO.**

13.     <u>Statutory Notice</u>.   **The following provision is included in compliance with Missouri Revised Statutes Section 432.047: ORAL OR UNEXECUTEDAGREEMENTS OR COMMITMENTS TO LOAN MONEY, EXTEND CREDIT OR TO FORBEAR FROM ENFORCING REPAYMENT OF A DEBT INCLUDING PROMISES TO EXTEND OR RENEW SUCH DEBT ARE NOT ENFORCEABLE, REGARDLESS OF THE LEGAL THEORY UPON WHICH IT IS BASED THAT IS IN ANY WAY RELATED TO THE AMENDMENT, THE NOTE OR THE LOAN AGREEMENT. TO PROTECT BORROWER AND LENDER FROM MISUNDERSTANDING OR DISAPPOINTMENT, ANY AGREEMENT REACHED BETWEEN BORROWER AND LENDER ARE CONTAINED IN THIS AMENDMENT, THE NOTE, THE LOAN AGREEMENT, AND THE LOAN DOCUMENTS WHICH ARE THE COMPLETE AND EXCLUSIVE STATEMENTS OF THE AGREEMENT BETWEEN BORROWER AND LENDER, EXCEPT AS MAY BE LATER AGREED TO IN WRITING.**

[Signature page to follow]

7ND9713.DOCX

Electronically Filed - JACKSON - INDEPENDENCE - October 25, 2023 - 04:10 PM

IN WITNESS WHEREOF, Borrower and Lender have duly executed this Second Amendment to Business Loan Agreement as of the day and year written below.

**"BORROWER"**

**MAG TRUCKS, LLC,** a Missouri limited liability company

By: _____  Date: 8/31/2020
Brad Carlson, Manager

**FORCE MIDWEST, LLC,** a Missouri limited liability company

By: _____  Date: 8/31/2020
Brad Carlson, Manager

**APEX SPECIALTY VEHICLES, LLC,** a Missouri limited liability company

By: _____  Date: 8/31/2020
Brad Carlson, Manager

**MULUNGAS, LLC,** a Missouri limited liability company

By: _____  Date: 8/31/2020
Brad Carlson, Sole Member

**MID WESTERN AUTOMOTIVE, LLC,** a Missouri limited liability company

By: _____  Date: 8/31/2020
Brad Carlson, Sole Member

Electronically Filed - JACKSON - INDEPENDENCE - October 25, 2023 - 04:10 PM

**FORCE COMMERCIAL BUILDING, LLC,** a Missouri
limited liability company

By: _____     Date: 8/31/2020
    Brad Carlson, Manager

**"LENDER"**

**ENTERPRISE BANK & TRUST**

By: _____     Date: _____
    Aaron Wiens, Vice President

7ND9713.DOCX

## THIRD AMENDMENT TO BUSINESS LOAN AGREEMENT

THIS THIRD AMENDMENT TO BUSINESS LOAN AGREEMENT (the "Amendment") is made effective as of November 30, 2020 by and between **MAG TRUCKS, LLC**, a Missouri limited liability company ("MAG"), **FORCE MIDWEST, LLC**, a Missouri limited liability company ("Force"), **APEX SPECIALTY VEHICLES, LLC**, a Missouri limited liability company ("Apex"), **MULUNGAS, LLC**, a Missouri limited liability company ("Mulungas"), **MID WESTERN AUTOMOTIVE, LLC**, a Missouri limited liability company ("Mid Western"), and **FORCE COMMERCIAL BUILDING, LLC**, a Missouri limited liability company ("Force Commercial" and together with MAG, Force, Apex, Mulungas, and Mid Western collectively herein "Borrower"), and **ENTERPRISE BANK & TRUST**, a Missouri chartered trust company

A.      Borrower and Lender are parties to that certain Business Loan Agreement (the Original "Loan Agreement") dated December 2, 2019 pursuant to which Lender agreed to make certain loans to Borrower. Effective February 11, 2020 Borrower and Lender entered into that certain First Amendment to Business Loan Agreement (the 'First Amendment") and effective August 31, 2020 Borrower and Lender entered into that certain Second Amendment to Business Loan Agreement (the "Second Amendment" and collectively with the Original Loan Agreement and the First Amendment the "Loan Agreement"). All words and phrases used in this Amendment with their initial letters capitalized shall have the meaning assigned to them in the Loan Agreement unless such words and phrases are otherwise specifically defined herein.

B.      Borrower has requested that Lender (i) increase the maximum principal amount of the MAG Line of Credit Loan to $4,000,000.00, (ii) extend the MAG Line of Credit Maturity Date as set forth in the MAG Line of Credit Note, and (iii) extend the Apex Line of Credit Maturity Date as set forth in the Apex Line of Credit Note. Conditioned upon and subject to (i) Borrower executing and delivering to Lender this Amendment to modify the definition of the MAG Line of Credit Loan Amount and MAG Borrowing Base and to further amend the Loan Agreement as set forth herein, (ii) Borrower executing and delivering to Lender the First Amendment to Promissory Note amending the Apex Line of Credit Note, (iii) Borrower executing and delivering to Lender the Second Amendment to Promissory Note amending the MAG Line of Credit Note, and (iv) the Guarantor executing a Guarantor Acknowledgement and Consent, Lender agrees to increase the maximum principal amount of the MAG Line of Credit Note.

### AGREEMENT

NOW THEREFORE, in consideration of the premises, the mutual covenants and agreements set forth herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Borrower and Lender agree as follows:

1.      That Section 2 of the Loan Agreement be, and hereby is, amended by deleting therefrom in their entirety the definitions for the terms "Apex Line of Credit Note", "Loan

7QM6389.DOCX

*Force Midwest LLC et. al.*
Third Amendment Loan Agreement– Page 1

Agreement", "MAG Borrowing Base", "MAG Line of Credit Loan Amount", and "MAG Line of Credit Note" and by adding to Section 2 the following definitions:

""Apex Line of Credit Note" shall mean that certain Promissory Note dated December 2, 2019 made by Borrower, payable to Lender or its order, as amended by the First Amendment to Promissory Note dated of even date with this Amendment, by and between Borrower and Lender, in the Apex Line of Credit Loan Amount, bearing interest as in the Apex Line of Credit Note specified, with interest and principal payable and prepayment provisions as in the Apex Line of Credit Note specified, maturing on the Apex Line of Credit Maturity Date, and any and all amendments, modifications, supplements, replacements, extensions, renewals, increases, refundings and restatements thereof hereafter made."

""Loan Agreement" shall mean the Business Loan Agreement dated December 2, 2019 between Borrower and Lender as amended by the First Amendment to Business Loan Agreement dated February 11, 2020, the Second Amendment to Business Loan Agreement dated August 31, 2020, and as further amended this Amendment, as the same may be subsequently amended, modified or supplemented."

""MAG Borrowing Base" shall mean an amount equal to the sum of (i) 100% of the cost of MAG's Eligible Box Truck and Step Van Inventory as determined by Lender and (ii) the lesser of (a) 100% of the cost of MAG's Eligible Kanban Inventory as determined by Lender or (b) $500,000.00. The MAG Borrowing Base shall be determined by Lender, from time to time, upon receipt and review of MAG Borrowing Base Certificate, accounts receivable aging report, monthly inventory report, and such other documents and inspections as Lender may from time to time require.

""MAG Line of Credit Loan Amount" shall mean the principal amount of $4,000,000.00 as stated in the MAG Line of Credit Note."

""MAG Line of Credit Note" shall mean that certain Promissory Note dated December 2, 2019 made by Borrower, payable to Lender or its order, as amended by the First Amendment to Promissory Note dated February 11, 2020 and as further amended by that certain Second Amendment to Promissory Note of even date with this Amendment, by and between Borrower and Lender, in the MAG Line of Credit Loan Amount, bearing interest as in the MAG Line of Credit Note specified, with interest and principal payable and prepayment provisions as in the MAG Line of Credit Note specified, maturing on the MAG Line of Credit Maturity Date, and any and all amendments, modifications, supplements, replacements, extensions, renewals, increases, refundings and restatements thereof hereafter made."

2.      That Section 3 of the Loan Agreement be, and hereby is, deleted in its entirety and replaced with the following:

"USE OF PROCEEDS.    The proceeds of the Loan will be used solely to refinance Borrower's existing loan obligations and to provide working capital for Borrower's business operations.

7QM6389.DOCX

3.      That Section 4(d)(1) of the Loan Agreement be, and hereby is, deleted in its entirety and replaced with the following:

"(1) Lender agrees to make Advances on the MAG Line of Credit Loan to MAG from time to time from the date of this Loan Agreement to the MAG Line of Credit Maturity Date, provided that the aggregate amount of such Advances on the MAG Line of Credit Loan outstanding at any time does not exceed the lesser of the MAG Line of Credit Loan Amount or the MAG Borrowing Base.  Within the foregoing limits, MAG may borrow, partially or wholly prepay, and re-borrow under this Loan Agreement subject to satisfaction all of conditions set forth herein.  Advances shall be made at Lender's Address or at such other place as Lender may designate from time to time."

4.      That Section 4(d)(4) of the Loan Agreement be, and hereby is, deleted in its entirety and Section 4(d)(5) be, and hereby is, renumbered as Section 4(d)(4).

5.      That Section 4(e) of the Loan Agreement be, and hereby is, deleted in its entirety.

6.      Contemporaneously with the execution of this Agreement, Borrower agrees to (i) execute and deliver to Lender, in form acceptable to Lender, the First Amendment to Promissory Note amending the Apex Line of Credit Note, (ii) execute and deliver to Lender, in form acceptable to Lender, the Second Amendment to Promissory Note amending the MAG Line of Credit Note and (iii) cause the Guarantor to execute and deliver to Lender, in form acceptable to Lender, a Guarantor Acknowledgement and Consent.

7.      Upon the execution by Borrower and Lender of this Amendment, Borrower hereby authorizes and directs Lender to advance proceeds of the MAG Line of Credit Loan to pay off the entire outstanding principal amount of the MAG Term Loan plus all accrued and unpaid interest due on the MAG Term Loan through the date of repayment.

8.      Except as expressly amended by the terms of this Amendment, the terms of the Loan Agreement remain in full force and effect.

9.      Borrower has read and understands the terms of this Amendment and has had the same reviewed by legal counsel of its choice before executing the same.

10.     If any provision of this Amendment or any portion of any provision of this Amendment shall be deemed to be invalid, illegal or unenforceable, such invalidity, illegality or unenforceability shall not alter the remaining portion of such provision, or any other provision hereof, as each provision of this Amendment shall be deemed severable from all other provisions hereof.

11.     The parties may execute this Amendment in counterparts, which taken together will constitute one instrument.  An electronic transmission or other facsimile of this Amendment shall be deemed an original and shall be admissible as evidence of the document and the signers execution.

7QM6389.DOCX

12.    Waiver of Jury Trial. **ALL OF THE PARTIES TO THIS AMENDMENT KNOWINGLY AND INTENTIONALLY, IRREVOCABLY AND UNCONDITIONALLY, WAIVE ANY AND ALL RIGHTS TO A TRIAL BY JURY IN ANY LITIGATION ARISING OUT OF OR CONCERNING THIS AMENDMENT OR ANY OTHER RELATED LOAN DOCUMENTS OR RELATED OBLIGATION. ALL OF THESE PARTIES ACKNOWLEDGE THAT THIS SECTION HAS EITHER BEEN BROUGHT TO THE ATTENTION OF EACH PARTY'S LEGAL COUNSEL OR THAT EACH PARTY HAD THE OPPORTUNITY TO DO SO.**

13.    Statutory Notice. **The following provision is included in compliance with Missouri Revised Statutes Section 432.047: ORAL OR UNEXECUTEDAGREEMENTS OR COMMITMENTS TO LOAN MONEY, EXTEND CREDIT OR TO FORBEAR FROM ENFORCING REPAYMENT OF A DEBT INCLUDING PROMISES TO EXTEND OR RENEW SUCH DEBT ARE NOT ENFORCEABLE, REGARDLESS OF THE LEGAL THEORY UPON WHICH IT IS BASED THAT IS IN ANY WAY RELATED TO THE AMENDMENT, THE NOTE OR THE LOAN AGREEMENT. TO PROTECT BORROWER AND LENDER FROM MISUNDERSTANDING OR DISAPPOINTMENT, ANY AGREEMENT REACHED BETWEEN BORROWER AND LENDER ARE CONTAINED IN THIS AMENDMENT, THE NOTE, THE LOAN AGREEMENT, AND THE LOAN DOCUMENTS WHICH ARE THE COMPLETE AND EXCLUSIVE STATEMENTS OF THE AGREEMENT BETWEEN BORROWER AND LENDER, EXCEPT AS MAY BE LATER AGREED TO IN WRITING.**

[Signature page to follow]

IN WITNESS WHEREOF, Borrower and Lender have duly executed this Third Amendment to Business Loan Agreement as of the day and year written below.

**"BORROWER"**

**MAG TRUCKS, LLC,** a Missouri
limited liability company

By: _____                    Date: 12|11|20

Brad Carlson, Manager

**FORCE MIDWEST, LLC,** a Missouri
limited liability company

By: _____                    Date: 12|11|20

Brad Carlson, Manager

**APEX SPECIALTY VEHICLES, LLC,** a Missouri
limited liability company

By: _____                    Date: 12|11|20

Brad Carlson, Manager

**MULUNGAS, LLC,** a Missouri
limited liability company

By: _____                    Date: 12|11|20

Brad Carlson, Sole Member

**MID WESTERN AUTOMOTIVE, LLC,** a Missouri
limited liability company

By: _____                    Date: 12|11|20

Brad Carlson, Sole Member

7QM6389.DOCX

**FORCE COMMERCIAL BUILDING, LLC**, a Missouri
limited liability company

By: _____                    Date: 12/11/20
   Brad Carlson, Manager

**"LENDER"**

**ENTERPRISE BANK & TRUST**

By: _____                    Date: 12/11/20
   Aaron Wiens, Vice President

   Colleen S. Hayes

7QM6389.DOCX

## GUARANTOR ACKNOWLEDGMENT AND CONSENT

THIS GUARANTOR ACKNOWLEDGMENT AND CONSENT (the "Consent") is made by **BRAD CARLSON**, ("Guarantor") in favor of **ENTERPRISE BANK & TRUST**, a Missouri chartered trust company ("Lender").

### RECITALS

A.      Effective December 2, 2019 Guarantor executed a Guaranty Agreement (the "Guaranty") in favor of Lender pursuant to which the Guarantor unconditionally guaranteed certain loans by Lender to **MAG TRUCKS, LLC**, a Missouri limited liability company ("MAG"), **FORCE MIDWEST, LLC**, a Missouri limited liability company ("Force"), **APEX SPECIALTY VEHICLES, LLC**, a Missouri limited liability company ("Apex"), **MULUNGAS, LLC**, a Missouri limited liability company ("Mulungas"), **MID WESTERN AUTOMOTIVE, LLC**, a Missouri limited liability company ("Mid Western"), and **FORCE COMMERCIAL BUILDING, LLC**, a Missouri limited liability company ("Force Commercial" and together with MAG, Force, Apex, Mulungas, and Mid Western collectively herein "Borrower") including a loan in the maximum principal amount of $2,000,000.00 (the "MAG Line of Credit Loan") and a loan in the maximum principal amount of $1,000,000.00 (the "Apex Line of Credit Loan")..

B.      The MAG Line of Credit Loan and the Apex Line of Credit Loan was made in accordance with and pursuant to the terms of that certain Business Loan Agreement dated December 2, 2019 between Borrower and Lender.  To evidence the MAG Line of Credit Loan, Borrower executed and delivered to Lender a Promissory Note (the "MAG Line of Credit Note"), payable to Lender in the maximum principal amount of $2,000,000.00 and subject to the terms set forth therein and to evidence the Apex Line of Credit Loan Borrower executed and delivered to Lender a Promissory Note (the "Apex Line of Credit Note"), payable to Lender in the maximum principal amount of $1,000,000.00.

C.      Borrower has requested and Lender has agreed to amend (i) the MAG Line of Credit Note and the Loan Agreement to increase the maximum principal amount of the MAG Line of Credit Loan to $4,000,000.00 (ii) the MAG Line of Credit Note to extend the maturity date as stated therein to November 29, 2021, and (iii) the Apex Line of Credit Note to extend the maturity date as stated therein to November 29, 2021.  Borrower and Lender have agreed to enter into the Third Amendment to Business Loan Agreement, the Second Amendment to Promissory Note (MAG Line of Credit), and the First Amendment to Promissory Note (Apex Line of Credit) and the to affect such modifications.

D.      As a condition to accepting the Third Amendment to Business Loan Agreement, the Second Amendment to Promissory Note (MAG Line of Credit), and the First Amendment to Promissory Note (Apex Line of Credit), Lender requires Guarantor to consent to the same and confirm Guarantor's continuing guaranty obligations.

7QM6846.DOC

### AGREEMENT

1.      Guarantor acknowledges and agrees that the Guaranty Agreement remains in full force and effect and that Guarantor unconditionally guarantees the debt owed by Borrower to Lender including, but not limited to, all debt owed by Borrower to Lender under the MAG Line of Credit Note as amended by the Second Amendment to Promissory Note (MAG Line of Credit).  Guarantor consents to increasing the maximum principal of the MAG Line of Credit Note to $4,000,000.00 and to Borrower executing and delivering the Second Amendment to Promissory Note (MAG Line of Credit), the Third Amendment to Business Loan Agreement, and the First Amendment to Promissory Note (Apex Line of Credit Note).  Guarantor further acknowledges that Guarantor has reviewed and understands the terms of the Second Amendment to Promissory Note (MAG Line of Credit), the Third Amendment to Business Loan Agreement, and the First Amendment to Promissory Note (Apex Line of Credit Note) and has been afforded the opportunity to have said documents reviewed by independent legal counsel.

2.      Guarantor agrees that Guarantor has executed the Guaranty Agreement, and that the Guaranty Agreement represents valid and binding obligations upon Guarantor. Guarantor hereby releases Lender of and from any and all claims Guarantor may have against Lender arising out of the Guaranty Agreement, whether known or unknown, that exist as of the date of this Consent.

3.      Guarantor has read and understands the terms of this Consent and has had opportunity to have the same reviewed by legal counsel of its choice.

IN WITNESS WHEREOF, Guarantor has executed or has caused this Grantor Acknowledgment and Consent to be executed as of the date written below.

**"GUARANTOR"**

Date: 12|11|20

**BRAD CARLSON**

7QM6846.DOC

Force Midwest LLC *et. al.*
Brad Carlson Guarantor's Acknowledgment and Consent Third Amendment to Loan Agreement – Page 2 of 2