# Exhibit Q

**Empirical Prime LLC**
**Combined Balance Sheet**
As of December 31, 2021

5:10 PM
02/09/2022
Accrual Basis

| | Empirical Prime LLC | Prime Staffing LLC | MAG Trucks, LLC | APEX Specialty Vehicles, LLC | RPM Driveaway LLC | Fleet Protection Services LLC | Sapphire Capital, LLC | Lumus Graphics LLC | Force Construction LLC | LUXUS Builders LLC | EP Properties I LLC | EP Properties II | EP PROPERTIES III LLC | Carlson Estate LLC | Mulungas I LLC | Mulungas II LLC | Carlson Custom Homes, LLC | Brad Carlson | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | | | | | | |
| Checking/Savings | 57,492.32 | 121.72 | 243,408.31 | -15,793.39 | 143.30 | 0.00 | 50,830.77 | 0.00 | 0.00 | 26,181.10 | 3,151.93 | 90.18 | 2,635.96 | 50.59 | -51,207.42 | -20,258.80 | 0.00 | 818,347.55 | 1,115,193.82 |
| Accounts Receivable | 330,030.35 | 0.00 | 201,003.10 | 1,140,717.71 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,921.13 | 0.00 | 5,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,680,822.29 |
| **Other Current Assets** | | | | | | | | | | | | | | | | | | | |
| 1200 · Prepaid | -1,652.07 | 1,850.00 | 81,357.03 | 10,377.50 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,768.31 | -779.69 | 1,317.14 | 0.00 | 0.00 | 8,275.10 | 0.00 | 4,673.54 | 111,186.86 |
| 1110 · Undeposited Funds | 0.00 | 0.00 | 7,281.88 | 7,281.87 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,563.75 |
| 1310 · Inventory/WIP | 0.00 | 0.00 | 1,699,622.04 | 5,337,722.31 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 1,187.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,038,532.03 |
| **Total Other Current Assets** | -1,652.07 | 1,850.00 | 1,788,260.95 | 5,355,381.68 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 1,187.68 | 5,768.31 | -779.69 | 1,317.14 | 0.00 | 0.00 | 8,275.10 | 0.00 | 4,673.54 | 7,164,282.64 |
| **Total Current Assets** | 385,870.60 | 1,971.72 | 2,232,672.36 | 6,480,306.00 | 143.30 | 0.00 | 50,830.77 | 0.00 | 0.00 | 27,368.78 | 12,841.37 | -689.51 | 9,103.10 | 50.59 | -51,207.42 | -11,983.70 | 0.00 | 823,021.09 | 9,960,298.75 |
| **Fixed Assets** | | | | | | | | | | | | | | | | | | | |
| 1675 · Kanban Units | 768,358.56 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 768,358.56 |
| 1600 · Real Estate | 0.00 | 6,198.20 | 0.00 | 432,861.23 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 1,013,961.57 | 625,642.82 | 705,760.00 | 505,477.79 | 0.00 | 1,379,134.17 | 931,647.21 | 0.00 | 1,054,839.50 | 6,655,522.49 |
| 1804 · Furniture & Fixtures | 5,393.24 | 0.00 | 0.00 | 83,180.44 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 87,504.91 | 36,380.00 | 0.00 | 0.00 | 212,458.59 |
| 1805 · Machinery & Equipment | 0.00 | 0.00 | 0.00 | 734,735.40 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 4,235.40 | 0.00 | 0.00 | 0.00 | 0.00 | 14,412.91 | 0.00 | 0.00 | 0.00 | 753,383.71 |
| 1806 · Computers & Software | 74,619.14 | 0.00 | 0.00 | 79,720.47 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 154,339.61 |
| 1807 · Vehicles | 416,810.86 | 0.00 | 403,482.42 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,500.00 | 866,793.28 |
| 1809 · Web Design | 150,000.00 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150,000.00 |
| 1811 · Jaclyn's System (CPA) | 2,959.00 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,959.00 |
| 1850 · Accumulated Depreciation | -309,115.00 | 0.00 | 0.00 | -672,912.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | -59,327.00 | 0.00 | 0.00 | 0.00 | 0.00 | -348,664.00 | -47,548.31 | 0.00 | 0.00 | -1,437,566.31 |
| **Total Fixed Assets** | 1,109,025.80 | 6,198.20 | 403,482.42 | 657,585.54 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 958,869.97 | 625,642.82 | 705,760.00 | 505,477.79 | 0.00 | 1,132,387.99 | 920,478.90 | 0.00 | 1,101,339.50 | 8,126,248.93 |
| **Other Assets** | | | | | | | | | | | | | | | | | | | |
| 1900 · Notes Receivable | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 52,030.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,093.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70,123.23 |
| 1985 · Loan Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,812.50 | 0.00 | 0.00 | 0.00 | 1,812.50 |
| 1990 · Accumulated Amortization | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,661.00 | 0.00 | 0.00 | 0.00 | -1,661.00 |
| **Total Other Assets** | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 52,030.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,093.00 | 0.00 | 251.50 | 0.00 | 0.00 | 0.00 | 70,374.73 |
| **TOTAL ASSETS** | 1,494,896.40 | 8,169.92 | 2,636,154.78 | 7,137,891.54 | 143.30 | 0.00 | 102,861.00 | 0.00 | 0.00 | 986,238.75 | 638,484.19 | 705,070.49 | 532,673.89 | 50.59 | 1,081,432.07 | 908,495.20 | 0.00 | 1,924,360.59 | 18,156,922.41 |
| **LIABILITIES & EQUITY** | | | | | | | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | 60,762.40 | 236.79 | 601,812.96 | 304,732.87 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 25,450.46 | 0.00 | 0.00 | 2,480.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 995,475.76 |
| Credit Cards | 22,160.62 | 0.00 | 18,132.52 | 180,665.04 | 17,128.55 | 0.00 | 0.00 | 0.00 | 0.00 | 22,841.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 260,928.60 |
| **Other Current Liabilities** | | | | | | | | | | | | | | | | | | | |
| 2400 · Payroll Liabilities | 5,632.37 | 0.00 | 16,120.18 | 8,715.24 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,467.79 |
| **2300 · ST Note Payable** | | | | | | | | | | | | | | | | | | | |
| 2515 · Central Bank LOC - REDACTED | 0.00 | 0.00 | 943,612.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 943,612.00 |
| 2550 · Enterprise Bank LOC - REDACTED | 0.00 | 0.00 | 3,922,972.12 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,922,972.12 |
| 2201 · N/P to Rene Salazar | 0.00 | 0.00 | 0.00 | 50,000.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 15,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65,000.00 |
| 2545 · Enterprise Bank LOC - REDACT | 0.00 | 0.00 | 0.00 | 1,000,000.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000,000.00 |
| **Total 2300 · ST Note Payable** | 0.00 | 0.00 | 4,866,584.12 | 1,050,000.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 15,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,931,584.12 |
| 2106 · Accrued Expenses | 0.00 | 0.00 | 23,015.85 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23,015.85 |
| 2600 · Customer Deposits | 0.00 | 0.00 | 290,208.00 | 829,487.52 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,119,696.52 |
| 2450 · Sales Tax Payable | 0.00 | 0.00 | 0.00 | -2,734.39 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,734.39 |
| 2150 · Security Deposits | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,645.83 | 0.00 | 0.00 | 7,795.83 |
| **Total Other Current Liabilities** | 5,632.37 | 0.00 | 5,195,929.15 | 1,885,468.37 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 15,000.00 | 4,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,645.83 | 0.00 | 0.00 | 7,109,825.72 |
| **Total Current Liabilities** | 88,555.39 | 236.79 | 5,815,874.63 | 2,370,866.28 | 17,128.55 | 0.00 | 0.00 | 0.00 | 0.00 | 63,292.33 | 4,150.00 | 0.00 | 2,480.28 | 0.00 | 0.00 | 3,645.83 | 0.00 | 0.00 | 8,366,230.08 |
| **Long Term Liabilities** | | | | | | | | | | | | | | | | | | | |
| 2500 · LT Note Payable | 131,583.72 | 0.00 | 661,776.89 | 774,243.31 | 0.30 | 0.00 | 38,703.92 | 153.23 | 0.00 | 0.00 | 253,520.22 | 707,737.95 | 452,459.31 | 0.00 | 2,506,383.30 | 719,785.83 | 0.00 | 742,423.03 | 6,988,770.71 |
| **Total Long Term Liabilities** | 131,583.72 | 0.00 | 661,776.89 | 774,243.31 | 0.30 | 0.00 | 38,703.92 | 153.23 | 0.00 | 0.00 | 253,520.22 | 707,737.95 | 452,459.31 | 0.00 | 2,506,383.30 | 719,785.83 | 0.00 | 742,423.03 | 6,988,770.71 |
| **Total Liabilities** | 220,139.11 | 236.79 | 6,477,651.52 | 3,145,109.59 | 17,128.55 | 0.00 | 38,703.92 | 153.23 | 0.00 | 63,292.33 | 257,670.22 | 707,737.95 | 454,939.59 | 0.00 | 2,506,383.30 | 723,431.66 | 0.00 | 742,423.03 | 15,355,000.79 |
| **Equity** | | | | | | | | | | | | | | | | | | | |
| 3100 · Retained Earnings | -540,382.00 | 0.00 | 2,181,573.19 | 377,202.62 | 0.30 | 0.00 | -45,218.11 | 0.00 | 0.00 | -85,960.36 | 0.00 | 0.00 | 0.00 | 0.00 | 9,295.89 | -25,429.64 | -372,615.68 | 0.00 | 1,498,464.91 |
| 3250 · Owner Equity | 1,237,858.03 | 30,564.31 | -5,790,200.80 | 2,589,052.45 | 1,812.30 | 1,632.35 | 48,751.01 | 3,132.57 | 0.00 | 1,049,618.36 | 356,464.42 | 2,047.96 | 94,205.18 | 9,691.01 | -1,534,706.95 | 212,455.23 | 372,742.40 | 1,268,004.27 | -46,875.40 |
| Net Income | 577,281.26 | -22,831.18 | -232,868.13 | 1,026,526.88 | -18,798.35 | -1,632.35 | 60,624.18 | -3,285.80 | 0.00 | -40,711.58 | 24,349.55 | -4,715.42 | -16,470.88 | -9,640.42 | 100,459.83 | -1,962.05 | -126.72 | -86,066.71 | 1,350,332.11 |
| **Total Equity** | 1,274,757.29 | 7,933.13 | -3,841,496.74 | 3,992,781.95 | -16,985.55 | 0.00 | 64,157.08 | -153.23 | 0.00 | 922,946.42 | 380,813.97 | -2,667.46 | 77,734.30 | 50.59 | -1,424,951.23 | 185,063.54 | 0.00 | 1,181,937.56 | 2,801,921.62 |
| **TOTAL LIABILITIES & EQUITY** | 1,494,896.40 | 8,169.92 | 2,636,154.78 | 7,137,891.54 | 143.30 | 0.00 | 102,861.00 | 0.00 | 0.00 | 986,238.75 | 638,484.19 | 705,070.49 | 532,673.89 | 50.59 | 1,081,432.07 | 908,495.20 | 0.00 | 1,924,360.59 | 18,156,922.41 |

**Empirical Prime LLC**
**Combined Profit And Loss**
January through December 2021

5:30 PM
02/09/2022
Accrual Basis

| | Empirical Prime LLC | Prime Staffing LLC | MAG Trucks, LLC | APEX Specialty Vehicles, LLC | RPM Driveaway LLC | Fleet Protection Services LLC | Sapphire Capital, LLC | Lumus Graphics LLC | Force Construction LLC | LUXUS Builders LLC | EP Properties I LLC | EP Properties II | EP PROPERTIES III LLC | Carlson Estate LLC | Mulungas I LLC | Mulungas II LLC | Carlson Custom Homes, LLC | Brad Carlson | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | | | | | | | |
| Revenue | 1,845,450.00 | 0.00 | 15,528,876.68 | 4,800,278.93 | 443,557.05 | 0.00 | 10,895.82 | 0.00 | 0.00 | 0.00 | 59,037.50 | 11,100.00 | 16,200.00 | 0.00 | 396,540.00 | 101,041.66 | 0.00 | 0.00 | 23,212,977.64 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | | | | |
| 5000 · Direct Costs | 0.00 | 0.00 | 13,778,891.33 | 3,286,285.09 | 403,564.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,468,741.17 |
| **5500 · Indirect Costs** | | | | | | | | | | | | | | | | | | | |
| 5600 · Other Indirect | 10,471.20 | 0.00 | 150,077.69 | 324,534.52 | 9,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,126.38 | 3,150.00 | 1,050.00 | 3,150.00 | 1,378.95 | 0.00 | 0.00 | 0.00 | 0.00 | 507,938.74 |
| 5530 · Sales Employees | 0.00 | 0.00 | 13,396.69 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,396.69 |
| 5510 · Indirect Production Employees | 0.00 | 0.00 | 0.00 | 153,658.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 153,658.90 |
| Total 5500 · Indirect Costs | 10,471.20 | 0.00 | 163,474.38 | 478,193.42 | 9,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,126.38 | 3,150.00 | 1,050.00 | 3,150.00 | 1,378.95 | 0.00 | 0.00 | 0.00 | 0.00 | 674,994.33 |
| 5610 · Rent | 0.00 | 7,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,400.00 |
| 5000 · Common Area Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98,560.45 | 32,523.05 | 0.00 | 0.00 | 131,083.50 |
| Total COGS | 10,471.20 | 7,400.00 | 13,942,365.71 | 3,764,478.51 | 412,564.75 | 0.00 | 0.00 | 0.00 | 0.00 | 5,126.38 | 3,150.00 | 1,050.00 | 3,150.00 | 1,378.95 | 98,560.45 | 32,523.05 | 0.00 | 0.00 | 18,282,219.00 |
| Gross Profit | 1,834,978.80 | -7,400.00 | 1,586,510.97 | 1,035,800.42 | 30,992.30 | 0.00 | 10,895.82 | 0.00 | 0.00 | -5,126.38 | 55,887.50 | 10,050.00 | 13,050.00 | -1,378.95 | 297,979.55 | 68,518.61 | 0.00 | 0.00 | 4,930,758.64 |
| **Expense** | | | | | | | | | | | | | | | | | | | |
| 6021 · Marketing Expense | 1,985.14 | 566.31 | 220,044.76 | 94,925.04 | 0.00 | 0.00 | 18.17 | 80.66 | 0.00 | 1,101.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 217.00 | 318,938.22 |
| 6022 · Bank Service Charges | 1,086.99 | 0.00 | 7,999.45 | 8,039.02 | 428.83 | 246.15 | 103.90 | 0.00 | 0.00 | 425.00 | 110.93 | 0.00 | 0.00 | 0.00 | 40.67 | 1,067.75 | -4.45 | 71.60 | 19,615.84 |
| 6023 · Credit Card Fees | 0.00 | 0.00 | 13,852.80 | -4,720.69 | 0.00 | 486.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,618.31 |
| 6026 · Dues & Subscriptions | 54,927.55 | 0.00 | 22,818.74 | 55,939.55 | 44.99 | 0.00 | 0.00 | 319.96 | 0.00 | 11.25 | 0.00 | 0.00 | 0.00 | 8.99 | 0.00 | 0.00 | 122.01 | 0.00 | 134,193.04 |
| 6030 · Insurance | 72,423.78 | 0.00 | 35,284.21 | 5,861.16 | 0.00 | 900.00 | 0.00 | 0.00 | 0.00 | 13,371.63 | 671.70 | 671.71 | 671.71 | 0.00 | 36,501.43 | 11,237.89 | 0.00 | 10,324.31 | 240,919.53 |
| 6050 · Professional Fees | 132,682.20 | 50.00 | 5,697.57 | 14,615.51 | 1,641.84 | 0.00 | 1,984.14 | 1,475.28 | 0.00 | 257.17 | 151.22 | 0.00 | 1,425.00 | 217.15 | 1,984.14 | 2,421.64 | 0.00 | 6,390.00 | 170,992.86 |
| 6080 · Utilities | 12,186.11 | 986.18 | 11,244.53 | 10,428.86 | 479.48 | 0.00 | 0.00 | 1,218.67 | 0.00 | 0.00 | 557.53 | 0.00 | 286.72 | 0.00 | 0.00 | 0.00 | 0.00 | 7,967.49 | 45,355.57 |
| 6100 · Employees | 1,381,795.09 | 11,131.38 | 653,298.67 | 204,830.54 | 10,207.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,261,283.09 |
| 6213 · Office Supplies | 15,652.15 | 756.12 | 16,277.29 | 21,582.52 | 277.46 | 0.00 | 0.00 | 159.98 | 0.00 | 433.55 | 108.37 | 0.00 | 108.37 | 28.05 | 0.00 | 51.25 | 0.00 | 0.00 | 55,435.11 |
| 6214 · Postage & Delivery Fees | 168.30 | 0.00 | 17,538.81 | 4,278.35 | 0.00 | 0.00 | 26.35 | 0.00 | 0.00 | 63.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.16 | 0.00 | 22,084.30 |
| 6215 · Property Tax | 0.00 | 0.00 | 4,360.38 | 4,280.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,891.30 | 7,289.31 | 13,961.58 | 0.00 | 0.00 | 0.00 | 29,061.11 | 0.00 | 63,844.27 |
| 6216 · Taxes & License Fees | 657.03 | 0.00 | 28,232.28 | 689.21 | 33.98 | 0.00 | 0.00 | 31.25 | 0.00 | 0.00 | 0.00 | 26.25 | 0.00 | 184.08 | 0.00 | 26.25 | 0.00 | 0.00 | 29,880.33 |
| 6211 · Facility Maintenance & Repairs | 0.00 | 1,045.19 | 0.00 | 6,035.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 352.56 | 0.00 | 135.68 | 660.00 | 0.00 | 0.00 | 665.09 | 0.00 | 8,894.07 |
| 6035 · Lease Expense | 0.00 | 0.00 | 18,762.36 | 31,315.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,077.51 |
| 6028 · Fine & Penalties | 0.00 | 0.00 | 1,348.44 | 3,307.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,655.83 |
| 6220 · Payroll Expenses | 0.00 | 0.00 | -39.00 | 0.00 | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 141.00 |
| 6029 · Misc Driver Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 1,642.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,642.38 |
| 6217 · State Highway Permit | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| Total Expense | 1,673,564.34 | 14,535.18 | 1,106,721.29 | 461,407.75 | 14,951.31 | 1,632.35 | 2,132.56 | 3,285.80 | 0.00 | 13,663.07 | 6,843.61 | 7,987.27 | 16,609.12 | 1,098.27 | 38,526.24 | 14,804.78 | 126.72 | 54,696.60 | 3,437,586.26 |
| Net Ordinary Income | 161,414.46 | -21,935.18 | 479,789.68 | 574,392.67 | 16,040.99 | -1,632.35 | 8,763.26 | -3,285.80 | 0.00 | -23,789.45 | 49,043.89 | 2,062.73 | -3,559.12 | -2,477.22 | 259,453.31 | 53,713.83 | -126.72 | -54,696.60 | 1,493,172.38 |
| **Other Income/Expense** | | | | | | | | | | | | | | | | | | | |
| **Other Income** | | | | | | | | | | | | | | | | | | | |
| Total Other Income | 492,076.40 | 0.00 | 379,956.20 | 1,393,436.19 | 1,992.83 | 0.00 | 0.00 | 0.00 | 0.00 | 1,311.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,268,773.15 |
| **Other Expense** | | | | | | | | | | | | | | | | | | | |
| 9101 · Interest Expense | 10,308.02 | 0.00 | 135,522.00 | 74,038.49 | 832.17 | 0.00 | 5,706.08 | 0.00 | 0.00 | 4,133.66 | 7,442.06 | 5,180.90 | 6,115.21 | 0.00 | 120,355.86 | 40,473.28 | 0.00 | 31,370.11 | 491,477.84 |
| 9102 · Loan Fee Expense/Amortization | 633.33 | 0.00 | 7,085.61 | 9,943.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | 3,752.28 | 1,297.25 | 2,296.55 | 0.00 | 461.62 | -297.40 | 0.00 | 0.00 | 25,772.56 |
| **9150 · Extraordinary or Non-Recurring** | | | | | | | | | | | | | | | | | | | |
| 9151 · Legal Services | 43,794.21 | 696.00 | 15,006.40 | 42,320.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,176.00 | 2,000.00 | 0.00 | 0.00 | 105,992.78 |
| 9155 · Management Services | 0.00 | 0.00 | 835,000.00 | 840,000.00 | 36,000.00 | 0.00 | 3,150.00 | 0.00 | 0.00 | 13,500.00 | 13,500.00 | 300.00 | 4,500.00 | 0.00 | 36,000.00 | 13,500.00 | 0.00 | 0.00 | 1,845,450.00 |
| 9160 · Company Vehicles Sales/Trades | -6,102.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6,102.96 |
| Total 9150 · Extraordinary or Non-Recurring | 37,691.25 | 696.00 | 930,006.40 | 882,320.17 | 36,000.00 | 0.00 | 3,150.00 | 0.00 | 0.00 | 13,500.00 | 13,500.00 | 300.00 | 4,500.00 | 0.00 | 38,176.00 | 15,500.00 | 0.00 | 0.00 | 1,945,339.82 |
| **9200 · Income Tax Expense** | | | | | | | | | | | | | | | | | | | |
| 9202 · Federal Income Tax | 27,577.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27,577.00 |
| Total 9200 · Income Tax Expense | 27,577.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27,577.00 |
| 9103 · Bad Debt Expense | 0.00 | 0.00 | 0.00 | -25,000.00 | 0.00 | 0.00 | -60,717.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -85,717.00 |
| 9170 · Personal Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,163.20 | 0.00 | 0.00 | 0.00 | 7,163.20 |
| Total Other Expense | 76,209.60 | 696.00 | 1,072,614.01 | 941,301.98 | 36,832.17 | 0.00 | -51,860.92 | 0.00 | 0.00 | 18,233.66 | 24,694.34 | 6,778.15 | 12,911.76 | 0.00 | 158,993.48 | 55,675.88 | 0.00 | 31,370.11 | 2,411,613.42 |
| Net Other Income | 415,866.80 | -696.00 | -712,657.81 | 452,134.21 | -34,839.34 | 0.00 | 51,860.92 | 0.00 | 0.00 | -16,922.13 | -24,694.34 | -6,778.15 | -12,911.76 | 0.00 | -158,993.48 | -55,675.88 | 0.00 | -31,370.11 | -142,840.27 |
| Net Income | 577,281.26 | -22,631.18 | -232,868.13 | 1,026,526.88 | -18,798.35 | -1,632.35 | 60,624.18 | -3,285.80 | 0.00 | -40,711.58 | 24,349.55 | -4,715.42 | -16,470.88 | -2,477.22 | 100,459.83 | -1,962.05 | -126.72 | -86,066.71 | 1,350,332.11 |