# Exhibit R

**EMPIRICAL PRIME, LLC & AFFILIATES**

**COMBINED FINANCIAL STATEMENTS**

Years Ended December 31, 2021 and 2020



PINN-02684



**Mayer Hoffman McCann P.C.**
700 W 47th St Ste 1100 ▪ Kansas City, MO 64112
Main: 816.945.5600 ▪ Fax: 816.897.1280 ▪ www.mhmcpa.com

## INDEPENDENT ACCOUNTANTS' REVIEW REPORT

To the Shareholder

**EMPIRICAL PRIME, LLC & AFFILIATES**

We have reviewed the accompanying combined financial statements of Empirical Prime, LLC & Affiliates (the "Companies"), which comprise the combined balance sheets as of December 31, 2021 and 2020 and the related combined statements of income, changes in owner's equity, and cash flows for the years then ended, and the related notes to the combined financial statements. A review includes primarily applying analytical procedures to management's financial data and making inquiries of company management. A review is substantially less in scope than an audit, the objective of which is the expression of an opinion regarding the combined financial statements as a whole. Accordingly, we do not express such an opinion.

**Management's Responsibility for the Combined Financial Statements**

Management is responsible for the preparation and fair presentation of these combined financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of combined financial statements that are free from material misstatement whether due to fraud or error.

**Accountants' Responsibility**

Our responsibility is to conduct the review engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. Those standards require us to perform procedures to obtain limited assurance as a basis for reporting whether we are aware of any material modifications that should be made to the combined financial statements for them to be in accordance with accounting principles generally accepted in the United States of America. We believe that the results of our procedures provide a reasonable basis for our conclusion.

We are required to be independent of the Companies and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements related to our reviews.

**Accountants' Conclusion**

Based on our reviews, we are not aware of any material modifications that should be made to the accompanying combined financial statements in order for them to be in accordance with accounting principles generally accepted in the United States of America.



Kansas City, Missouri
August 2, 2022



*Member of Kreston International – a global network of independent accounting firms*

- 1 -

PINN-02685

**EMPIRICAL PRIME, LLC & AFFILIATES**

**COMBINED BALANCE SHEETS**

December 31, 2021 and 2020

| A S S E T S | | 2021 | | 2020 |
|---|---|---|---|---|
| **CURRENT ASSETS** | | | | |
| Cash | $ | 392,585 | $ | 966,043 |
| Restricted cash | | 50,000 | | 50,000 |
| Accounts receivable, net | | 1,650,763 | | 190,572 |
| Current portion of notes receivable | | 48,338 | | 71,699 |
| Inventories | | 4,170,395 | | 5,702,240 |
| Prepaid expenses and other current assets | | 140,184 | | 231,340 |
| Note receivable, related party | | - | | - |
| TOTAL CURRENT ASSETS | | 6,452,265 | | 7,211,894 |
| PROPERTY AND EQUIPMENT, net | | 6,047,554 | | 4,932,377 |
| NOTES RECEIVABLES, less current portion above | | 3,691 | | 50,628 |
| TOTAL ASSETS | $ | 12,503,510 | $ | 12,194,899 |
| **L I A B I L I T I E S** | | | | |
| **CURRENT LIABILITIES** | | | | |
| Accounts payable | $ | 1,271,125 | $ | 1,189,183 |
| Accrued expenses and other liabilites | | 226,599 | | 487,796 |
| Customer deposits | | 827,454 | | 355,340 |
| Current portion of lines of credit | | 5,905,288 | | 4,969,248 |
| Current portion of long-term debt | | 1,093,677 | | 505,160 |
| Current portion of long-term debt, related party | | 91,846 | | - |
| TOTAL CURRENT LIABILITIES | | 9,415,989 | | 7,506,727 |
| LONG-TERM DEBT RELATED PARTY, less current portion above | | 460,824 | | - |
| LONG-TERM DEBT, less current portion above | | 4,610,892 | | 4,174,301 |
| TOTAL LIABILITIES | | 14,487,705 | | 11,681,028 |
| **O W N E R ' S   E Q U I T Y   ( D E F I C I T )** | | | | |
| OWNER'S EQUITY (DEFICIT) | | 1,172,128 | | 513,871 |
| RECEIVABLE FROM OWNER | | (3,156,323) | | - |
| TOTAL OWNER'S EQUITY (DEFICIT) | | (1,984,195) | | 513,871 |
| TOTAL LIABILITIES AND OWNER'S EQUITY (DEFICIT) | $ | 12,503,510 | $ | 12,194,899 |

See Notes to the Combined Financial Statements

See Independent Accountants' Review Report

- 2 -

PINN-02686

**EMPIRICAL PRIME, LLC & AFFILIATES**

**COMBINED STATEMENTS OF INCOME**

Years Ended December 31, 2021 and 2020

|  | 2021 | 2020 |
|---|---|---|
| NET SALES | $  19,139,532 | $  17,362,973 |
| COST OF GOODS SOLD | 16,180,823 | 14,002,138 |
| GROSS PROFIT | 2,958,709 | 3,360,835 |
| OPERATING EXPENSES | 3,982,395 | 2,509,678 |
| OPERATING INCOME (LOSS) | (1,023,686) | 851,157 |
| OTHER INCOME (EXPENSE) | | |
| Grant income | 2,144,449 | 628,449 |
| Interest expense | (462,506) | (378,288) |
| TOTAL OTHER INCOME | 1,681,943 | 250,161 |
| NET INCOME | $       658,257 | $    1,101,318 |

See Notes to the Combined Financial Statements

See Independent Accountants' Review Report

- 3 -

PINN-02687

**EMPIRICAL PRIME, LLC & AFFILIATES**

**COMBINED STATEMENTS OF CHANGES IN
OWNER'S EQUITY (DEFICIT)**

Year Ended December 31, 2021 and 2020

|  | Receivable From Owner | Owner's Equity (Deficit) | Total Equity (Deficit) |
|---|---|---|---|
| Balance, January 1, 2020 | $            - | $   (1,028,320) | $   (1,028,320) |
| Contributions | - | 440,873 | 440,873 |
| Net income | - | 1,101,318 | 1,101,318 |
| Balance, December 31, 2020 | - | 513,871 | 513,871 |
| Receivable from owner | (3,156,323) | - | (3,156,323) |
| Net income | - | 658,257 | 658,257 |
| Balance, December 31, 2021 | $   (3,156,323) | $   1,172,128 | $   (1,984,195) |

See Notes to the Combined Financial Statements

See Independent Accountants' Review Report

- 4 -

PINN-02688

**EMPIRICAL PRIME, LLC & AFFILIATES**

**COMBINED STATEMENTS OF CASH FLOWS**

Years Ended December 31, 2021 and 2020

|  | 2021 | 2020 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Net income | $ 658,257 | $ 1,101,318 |
| Adjustments to reconcile net income to net cash flows from operating activities: | | |
| Depreciation and amortization | 537,657 | 380,253 |
| Decrease (increase) in operating assets: | | |
| Accounts receivable, net | (1,460,191) | (175,846) |
| Inventories | 1,531,845 | (1,622,212) |
| Prepaid expenses and other current assets | 91,156 | (74,913) |
| Notes receivable, related party | - | (20,512) |
| Increase (decrease) in operating liabilities: | | |
| Accounts payable | 81,942 | 300,461 |
| Accrued expenses and other liabilities | (261,197) | 191,697 |
| Customer deposits | 472,114 | (665,104) |
| NET CASH FLOWS FROM OPERATING ACTIVITIES | 1,651,583 | (584,858) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| Payments received from notes receivable | 70,298 | 181,764 |
| Proceeds from sale of property and equipment | 513,766 | - |
| Purchase of property and equipment | (2,166,600) | (1,162,368) |
| NET CASH FLOWS FROM INVESTING ACTIVITIES | (1,582,536) | (980,604) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Repayments made on long-term debt | (1,205,606) | (480,053) |
| Proceeds from long-term debt | 2,783,384 | 150,000 |
| Net activity on line of credit | 936,040 | 2,294,462 |
| Receivable from owner | (3,156,323) | - |
| Contributions from owner | - | 440,873 |
| NET CASH FLOWS FROM FINANCING ACTIVITIES | (642,505) | 2,405,282 |
| NET CHANGE IN CASH | (573,458) | 839,820 |
| CASH AND RESTRICTED CASH, BEGINNING OF YEAR | 1,016,043 | 176,223 |
| CASH AND RESTRICTED CASH, END OF YEAR | $ 442,585 | $ 1,016,043 |
| **SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION** | | |
| Cash paid during the year for: | | |
| Interest | $ 462,506 | $ 378,288 |

See Notes to the Combined Financial Statements

See Independent Accountants' Review Report

- 5 -

PINN-02689

**EMPIRICAL PRIME, LLC & AFFILIATES**

**NOTES TO COMBINED FINANCIAL STATEMENTS**

**(1)    Summary of significant accounting policies**

**Nature of operations** - Empirical Prime, LLC & Affiliates (the "Companies") sell, customize, fabricate, and repair commercial trucks and vans that are primarily used in the delivery and food truck industries. Additionally, the Companies renovate certain residential real estate and lease certain commercial and residential real estate.  Sales are made through dealerships and online sales channels to individual customers and companies throughout the United States of America.

**Principles of combination** - The combined financial statements include the following accounts:

- Empirical Prime, LLC (formerly Force Midwest, LLC)
- EP Manufacturing, LLC (formerly Midwestern Automotive LLC) ("EP Manufacturing") and its wholly owned subsidiaries:
  - Apex Specialty Vehicles, LLC ("Apex")
  - Sapphire Capital, LLC ("Sapphire")
  - RPM Driveway, LLC
  - Lumus Graphics, LLC ("Lumus")
  - Fleet Protection Services, LLC ("Fleet")
- EP Builders, LLC (formerly Force Construction, LLC) ("EP Builders") and its wholly owned subsidiaries:
  - LUXUS Builders, LLC
  - Carlson Custom+ Homes, LLC ("Carlson Custom Homes")
- EP Developers, LLC ("EP Developers") and its wholly owned subsidiaries:
  - EP Properties I, LLC
  - EP Properties II, LLC
  - EP Properties III, LLC
  - Mulungus I, LLC (formerly Mulungus, LLC)
  - Mulungus II, LLC (formerly Force Commercial Building, LLC)
  - Carlson Estate, LLC
- Prime Staffing, LLC

These entities are commonly owned by one individual.  All significant intercompany accounts and transactions have been eliminated in combination.  Hereinafter, these entities will be collectively referred to as the "Companies".

**Use of estimates** - The preparation of combined financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the combined financial statements and the reported amounts of revenues and expenses during the reporting period.  Actual results could differ from those estimates.  The most significant estimates include useful lives of property and equipment.

**Cash and restricted cash** - Cash and restricted cash includes cash on hand and demand deposits held by financial institutions. Restricted cash represents cash reserve accounts required by debt agreements. Checks issued in excess of deposits with financial institutions are reclassified to current liabilities within the combined balance sheets, and are not offset against other cash accounts except where legal right of offset exists.

**Accounts receivable, net** - The Companies grant credit to all qualified customers. Accounts receivable are carried at cost less an estimate for doubtful accounts. On a periodic basis, the Companies evaluate its accounts receivable for doubtful accounts, based on history of past write-offs and collections and current credit conditions. An account is written-off when it is determined that all collection efforts have been exhausted. As of December 31, 2021 and 2020, there was an allowance for doubtful accounts of $16,312 and $231,049, respectively.

See Independent Accountants' Review Report

- 6 -

PINN-02690

**EMPIRICAL PRIME, LLC & AFFILIATES**

**NOTES TO COMBINED FINANCIAL STATEMENTS**

**(1)**      **Summary of significant accounting policies** (continued)

**Inventories** - Inventories consist primarily of equipment held for resale and are valued at the lower of actual cost or net realizable value. Cost is determined by specific identification of each unit. The Companies provide an allowance for slow moving and obsolete inventory, which is based upon obsolescence trends and expected future sales of such inventory. As of December 31, 2021 and 2020, there was no allowance for slow moving and obsolete inventory.

**Property and equipment, net** - Property and equipment are recorded at cost. Depreciation and amortization is charged to expense on the straight-line basis over the estimated useful life of each asset. Leasehold improvements are amortized over the shorter of the lease term or the estimated useful lives of the improvements.

Depreciation and amortization of property and equipment is computed using the straight-line method to estimated residual value over the following estimates useful lives:

| Assets | Estimated Useful Lives |
|---|---|
| Buildings | 39 years |
| Machinery and equipment | 5-7 years |
| Leasehold improvements | 10 years |
| Autos | 7-9 years |
| Furniture and fixtures | 5-7 years |
| Computer equipment | 3 years |

**Impairment of long-lived assets** - Long-lived assets (primarily property and equipment) are reviewed for impairment annually or whenever events or circumstances indicate the carrying amounts of the assets may not be recoverable. Recoverability is determined by comparing the forecasted undiscounted cash flows of the Companies to the assets related to the carrying amount of the assets. Fair value is determined based on a combination of discounted cash flows, market information and other indicators.

**Receivable from owner –** During 2021 the Companies held a receivable from owner that is collateralized by real property and bears interest at 4%. The balance will be due on December 31, 2031. Based on the nature of the advance and circumstances giving rise to the transaction, the advance has been classified as a reduction to owner's equity.

**Adoption of new accounting standard** - The Companies have adopted the provisions of Financial Accounting Standards Board ("FASB") ASC Topic 606, *Revenues from Contacts with Customers*, ("ASC 606") effective January 1, 2020 using the modified retrospective method. Under this method, the cumulative effect of the adoption of ASC 606 is recognized as an adjustment to opening retained earnings in the most current period presented in the combined financial statements. The adoption of ASC 606 did not have an impact on the Companies' financial position, results of operations, or cash flows. As such, there were no adjustments made to the Companies' financial position upon adoption.

**Revenue recognition** - Revenue is recognized in accordance with the Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 606, *Revenue from Contracts with Customers.* Revenue is recognized when control of the promised goods or services is transferred to the customer, in an amount that reflects the consideration the Companies expects to be entitled to in exchange for those goods or services. The Companies record revenues net of any sales tax collected and present amounts billed to customers in sales transactions related to shipping and handling as revenue.

See Independent Accountants' Review Report

PINN-02691

**EMPIRICAL PRIME, LLC & AFFILIATES**

**NOTES TO COMBINED FINANCIAL STATEMENTS**

**(1)**    **Summary of significant accounting policies** (continued)

**Revenue recognition (continued)** - The Companies' revenues are earned from contracts with customers for the sale of customize, fabricate, and repair commercial trucks and vans. Contracts include written agreements, as well as arrangements that are implied by customer practices or law. Most of the Companies' contracts with customers consist of a single performance obligation to transfer goods. Revenue is recognized, in the amount the entity expects to be entitled to receive from the customer, when a performance obligation is satisfied by the transfer of control of promised goods to the customer. The price for the goods transferred is generally fixed and does not include variable amounts. Revenues are presented net of any applicable sales tax.

The Companies recognize revenue on sales when title to the product transfers to the customer, which is generally upon shipment. The Companies have elected to treat shipping and handling expenses as activities to fulfill the promise to the customer. During the year ended December 31, 2021 and 2020, the percentage of total revenue from the sale of customize, fabricate, and repair commercial trucks and vans was approximately 100%.

**Product Warranties** - Certain Companies included in these combined financial statements offer warranties to their customers. Apex offers a 5-year workmanship warranty on its products. Separately, EP Manufacturing offers a 6-month warranty on its products. The Companies also transfer the included vehicle manufactures' warranty to the customer at completion. At December 31, 2021 and 2020, there was no reserve for warranties.

**Advertising costs** - Advertising costs are charged to operations when incurred. Advertising expenses were $359,678 and $244,963 for the years ended December 31, 2021 and 2020, respectively.

**Income taxes** - The stockholder of EP Manufacturing and EP Builders has elected to be taxed under the provisions of Subchapter S of the Internal Revenue Code. Under these provisions, EP Manufacturing and EP Builders do not pay corporate income taxes on their income, nor are they allowed a net operating loss carryforward or carryback as a deduction. Instead, the stockholder is liable for income tax on EP Manufacturing and EP Builders' taxable income or loss. Empirical Prime, LLC and EP Developers, LLC are taxed as partnerships and all income is passed through to the owners, who are liable for any taxes on income.

There has been no interest or penalties recognized either in the combined statements of income or in the combined balance sheets related to uncertain tax positions. In addition, no tax positions exist for which it is reasonably possible that the total amounts of unrecognized tax benefits will significantly increase or decrease within the next twelve months. Tax years with open statutes of limitations are 2018 and forward.

**Compensated absences** - Employees of the Companies are entitled to paid vacation, paid sick days, and personal days off, depending on job classification, length of service, and other factors. The Companies' policy is to recognize the costs of compensated absences when actually paid to employees.

**Owner's equity (deficit)** – For years ended December 31, 2021 and 2020, EP Manufacturing and EP Builders each had contributed capital of $10 with no shares authorized, issued, or outstanding.

See Independent Accountants' Review Report

PINN-02692

**EMPIRICAL PRIME, LLC & AFFILIATES**

**NOTES TO COMBINED FINANCIAL STATEMENTS**

**(1)    Summary of significant accounting policies (continued)**

**Going concern - FASB ASC 205-40,** *Presentation of Financial Statements – Going Concern*, states that in connection with preparing financial statements for each annual and interim reporting period, an entity's management shall evaluate whether there are conditions and events, considered in the aggregate, that raise substantial doubt about an entity's ability to continue as a going concern within one year after the date that the financial statements are issued. Management evaluates whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern.  Management has determined the maturity of the line of credit in November 2022 is a condition that raises uncertainty concerning its liquidity.  Management is working to obtain a renewal of its line of credit and believes it is probable that adequate sources of financing, either debt or equity from the owner, will enable the Company to meet its obligations for the twelve-month period from the date the financial statements are available to be issued.

**Reclassifications** – Certain amounts in 2020 have been reclassified to conform to the 2021 presentation.

**Recent accounting pronouncements** - The FASB has issued Accounting Standards Updates ("ASU") 2016-02, *Leases (Topic 842).*  The new guidance will require organizations that lease assets to recognize on the balance sheet assets and liabilities for the rights and obligations created by those leases. Consistent with accounting principles generally accepted in the United States of America ("US GAAP"), the recognition, measurement, and presentation of expenses and cash flows arising from a lease primarily will depend on its classification as finance or operating lease. This ASU is effective for the Companies' December 31, 2022 combined financial statements and early adoption is permitted. The Companies are currently evaluating the effect that the updated standard will have on the combined financial statements and related disclosure.

**(2)    Inventories**

Inventories consisted of the following as of December 31:

|  | 2021 | 2020 |
|---|---|---|
| Vehicle inventory | $    1,556,447 | $    1,670,870 |
| Parts and other inventory | 2,613,948 | 4,031,370 |
| Total inventories | $    4,170,395 | $    5,702,240 |

**(3)    Property and equipment, net**

Property and equipment consisted of the following as of December 31:

|  | 2021 | 2020 |
|---|---|---|
| Cost |  |  |
| Land and buildings | $    3,334,100 | $    1,896,930 |
| Machinery and equipment | 753,383 | 692,008 |
| Autos | 1,819,366 | 1,975,426 |
| Furniture and fixtures | 212,458 | 206,385 |
| Computer equipment | 307,298 | 265,855 |
| Leasehold improvements | 1,299,406 | 1,283,135 |
| Construction in progress | - | 50,287 |
| Total cost of property and equipment | 7,726,011 | 6,370,026 |
| Accumulated depreciation | (1,678,457) | (1,437,649) |
| Property and equipment, net | $    6,047,554 | $    4,932,377 |

Depreciation expense for property and equipment for the years ended December 31, 2021 and 2020 was $537,657 and $380,253, respectively.

See Independent Accountants' Review Report

- 9 -

PINN-02693

**EMPIRICAL PRIME, LLC & AFFILIATES**

**NOTES TO COMBINED FINANCIAL STATEMENTS**

**(4)** **Notes receivable**

Notes receivable from unrelated parties consisted of the following as of December 31:

| | 2021 | 2020 |
|---|---|---|
| Note receivable due from an unrelated party, secured by a priority lien. The note bears interest at 12% and is due in monthly installments of $2,004 including interest through February 2022, at which time the remaining balance is due, along with accrued interest. | $ 3,665 | $ 26,506 |
| Note receivable due from an unrelated party, secured by a priority lien. The note bears interest at 7.5% and is due in monthly installments of $6,198 including interest through February 2023, at which time the remaining balance is due, along with accrued interest. | 29,836 | 54,558 |
| Note receivable due from an unrelated party, secured by a priority lien. The note bears interest at 7.5% and is due in monthly installments of $2,204 including interest through July 2022, at which time the remaining balance is due, along with accrued interest. | 18,528 | 41,263 |
| Total long-term notes receivable | 52,029 | 122,327 |
| Less: current portion | 48,338 | 71,699 |
| Noncurrent portion | $ 3,691 | $ 50,628 |

**(5)** **Lines of credit**

The Company has a line of credit to finance equipment for $1,000,000 with a bank and interest rate at LIBOR rate plus 4.00% (4.064% and 4.15% as of December 31, 2021 and 2020, respectively), which matures in November 2022. The line of credit is collateralized by substantially all inventory, receivables, and vehicles of the Company and are subject to certain financial covenants. The balance on the line of credit was $1,000,000 and $831,611 as of December 31, 2021 and 2020, respectively.

The Company has a line of credit to finance inventory for $2,000,000 with a bank and interest rate at LIBOR rate plus 4.00% (4.064% and 4.15% as of December 31, 2021 and 2020, respectively), which matures in November 2022. In November 2020, the maximum borrowing amount was increased to $4,000,000. The line of credit is collateralized by substantially all inventory, receivables, and vehicles of the Company and are subject to certain financial covenants. The balance on the line of credit was $3,922,972 and $3,997,674 as of December 31, 2021 and 2020, respectively.

The Company has a line of credit to finance equipment for $3,000,000 with a bank and interest rate at Prime rate plus .75% (4.00% as of December 31, 2021 and 2020), which matures in November 2022. The line of credit is collateralized by substantially all inventory, receivables, and vehicles of the Company and are subject to certain financial covenants. The balance on the line of credit was $38,704 and $137,963 as of December 31, 2021 and 2020, respectively.

The Company has a line of credit to finance inventory for $2,375,000 with a bank and interest rate at LIBOR rate plus 4.00% (4.064% and 4.15% as of December 31, 2021 and 2020), which matures in November 2022. The line of credit is collateralized by substantially all inventory, receivables, and vehicles of the Company and are subject to certain financial covenants. The balance on the line of credit was $943,612 and  $2,000 as of December 31, 2021 and 2020, respectively.

See Independent Accountants' Review Report

PINN-02694

**EMPIRICAL PRIME, LLC & AFFILIATES**

**NOTES TO COMBINED FINANCIAL STATEMENTS**

**(6)** **Long-term debt**

Long-term debt consisted of the following as of December 31:

|  | 2021 | 2020 |
|---|---|---|
| Note payable to a bank with interest of 4.75%, collateralized by substantially all assets of Mulungas, LLC, payable in monthly installments of $23,855, with final payment due in December 2024. | $ 2,506,031 | $ 2,672,291 |
| Note payable to a bank with interest of 5.41%, collateralized by substantially all assets of Force Commercial, payable in monthly installments of $5,278, with final payment due in April 2024. In connection with this loan, the Companies are required to maintain certain financial covenants, as defined in the agreement. | 719,786 | 742,649 |
| SBA Loan. Principal of $500,000 at 3.75%. Start date of loan is June 2023, with monthly payments of $2,451 with final payment due June 2050. | 494,883 | - |
| Note payable to a bank with interest of 4.15% collateralized by certain assets, payable in monthly installments of $3,054.59, with final payment due in September 2025. | 491,017 | - |
| Note payable to a bank with interest of 4.5% collateralized by certain assets, with final payment due in December 2022 | 350,256 | - |
| Note payable to a bank with interest of 4.25% collateralized by certain assets, payable in monthly installments of $1,978.54, with final payment due in April 2026. | 253,520 | - |
| Note payable to related parties, payable in monthly installments of $3,487.18 with final payment due in October 2027. | 244,103 | - |
| Note payable to a bank with interest of 5% collaterized by certain assets, payable in monthly installments of $4,463.64 with final payment due in January 2026. | 201,265 | - |
| Note payable to a bank with interest of 4.34% collateralized by subtantially all assets of Apex, payable in monthly installments of $19,711, with final payment due in December 2022. | 232,313 | 452,068 |

See Independent Accountants' Review Report

PINN-02695

**EMPIRICAL PRIME, LLC & AFFILIATES**

**NOTES TO COMBINED FINANCIAL STATEMENTS**

**(6)     Long-term debt** (continued)

| | | 2021 | | 2020 |
|---|---|---:|---|---:|
| Note payable to a related party with 0% interest, payable at the time the property is sold. | $ | 216,721 | $ | - |
| Note payable to a bank with interest of 4.25% collateralized by certain assets, payable in monthly installments of $1,626.08, with final payment due in April 2026. | | 208,357 | | - |
| Note payable to a  bank with interest of 4.50% collateralized by certain assets, payable in one installment of $110,256 due in December 2022. | | 110,256 | | - |
| Note payable to a related party with 0% interest, payable on demand. | | 100,000 | | - |
| Note payable to a related party with 0% interest, payable on demand. | | 50,000 | | - |
| Note payable to a bank with interest of 0% collateralized by certain assets of APEX Specialty Vehicles, payable in monthly installments of $1,072 with final payment due in September  2025. | | 47,147 | | 60,005 |
| Note payable to a  bank with interest of 6.14% collateralized by a vehicle  titled  to  Force  Midwest,  LLC,  payable  in  monthly installments of $838, with final payment due in May 2025. | | 31,584 | | 38,602 |
| Note payable to a bank with interest of 4.63%, collateralized by certain  assets  of  Force  Construction,  payable  in  monthly installments of $1,219, with final payment due in October 2024. Paid in full during 2021. | | - | | 182,595 |
| Economic  Injury  Disaster  Loan  from  the  Small  Business Administraiton with interest at 3.75% collateralized by all assets of the Company with payments beginning in June 2021 first applied to accrued interest then to the principal balance, outstanding interest and principal due in full in June 2050. Paid in full during 2021. | | - | | 149,900 |
| Note payable to a  bank with interest of 4.24% collateralized by a vehicle titled to Force Midwest, payable in monthly installments of $2,876, with final payment due in August 2024. Paid in full during 2021. | | - | | 126,112 |
| Note payable to a  bank with interest of 4.99% collateralized by a vehicle  titled  to  Force  Midwest,  LLC,  payable  in  monthly installments of $2,739, with final payment due in March 2026. Paid in full during 2021. | | - | | 125,741 |

See Independent Accountants' Review Report

- 12 -

**EMPIRICAL PRIME, LLC & AFFILIATES**

**NOTES TO COMBINED FINANCIAL STATEMENTS**

**(6)** **Long-term debt** (continued)

|  | 2021 | 2020 |
|---|---|---|
| Note payable to a  bank with interest of 4.75% collateralized by certain assets of Force Construction, payable in monthly installments of $498, with final payment due in April 2025. Paid in full during 2021. | $           - | $         75,095 |
| Note payable to a  bank with interest of 6.32% collateralized by a vehicle titled to Force Midwest, LLC, payable in monthly installments of $1,346, with final payment due in July 2025. Paid in full during 2021. | - | 54,403 |
| Total long-term debt | 6,257,239 | 4,679,461 |
| Less: current portion | 1,185,523 | 505,160 |
| Noncurrent portion | $    5,071,716 | $   4,174,301 |

The aggregate future maturities of the long-term debt for the subsequent five years are as follows:

Years Ending December 31,

| | |
|---|---|
| 2022 | $   1,185,523 |
| 2023 | 579,877 |
| 2024 | 1,023,749 |
| 2025 | 786,163 |
| 2026 | 623,407 |
| Thereafter | 2,058,520 |
| Total long-term debt | $   6,257,239 |

**(7)** **Grant income**

During the year ended December 31, 2021, three entities (Empirical Prime, LLC, Apex, and EP Manufacturing) received second forgivable PPP loans totaling $734,005, as granted by the Small Business Administration under the CARES Act.  The Companies recognized the amount received as grant income.  A formal request for forgiveness was approved during 2021.

During the year ended December 31, 2021, three entities (Empirical Prime, LLC, Apex, and EP Manufacturing) claimed refundable credits under the Employee Retention Tax Credit program of $1,410,444, as provided under the CARES Act and subsequently amended by the Consolidated Appropriations Act, 2021.   The Companies have recognized the amount as grant income with a corresponding receivable included in accounts receivable, net on the combined balance sheet.

During the year ended December 31, 2020, three entities (Empirical Prime, LLC, Apex, and EP Manufacturing) received forgivable Paycheck Protection Program ("PPP") loans totaling $628,449, as granted by the Small Business Administration under the Federal Coronavirus Aid, Relief, and Economic Securities Act ("CARES Act").  The Companies recognized the amount received as grant income.  A formal request for forgiveness was approved during 2021.

See Independent Accountants' Review Report

PINN-02697

**EMPIRICAL PRIME, LLC & AFFILIATES**

**NOTES TO COMBINED FINANCIAL STATEMENTS**

**(8)**      <u>**Contingencies**</u>

The Companies are subject to claims and lawsuits that arise primarily in the ordinary course of business. It is the opinion of management that the disposition or ultimate resolution of such claims and lawsuits will not have a material adverse effect on the combined financial position, results of operations, and cash flows of the Companies.

**(9)**      <u>**Related parties**</u>

During 2021, a note payable was entered into with a related party related to real estate down payment with payment due when the property is sold. At December 31, 2021 the notes payable totaled $216,721.

During 2021, two related parties received a bonus and reinvested into the Company. The related parties have the option to request full or partial payment at any time. At December 31, 2021 the notes payable totaled $150,000.

During 2021 a note payable was entered into with a related party related to the sale of real estate. At December 31, 2021 the notes payable totaled $244,103 with final payment due October 2027.

**(10)**      <u>**Operating lease agreements**</u>

The Companies leases various equipment under operating leases from unrelated third parties that expire through 2026. Rent expense under these leases totaled $36,714 and $9,359 for the years ended December 31, 2021 and 2020, respectively.

Minimum lease payments under the terms of all leases agreements are as follows:

<u>Years Ending December 31,</u>

| | |
|---|---:|
| 2022 | $ 37,462 |
| 2023 | 37,462 |
| 2024 | 33,006 |
| 2025 | 15,004 |
| 2026 | 12,917 |
| Thereafter | 3,527 |
| | $ 139,378 |

**(11)**      <u>**Concentrations**</u>

As of December 31, 2021, approximately 34% of the Companies' accounts payable related to one vendor.  As of December 31, 2020, approximately 29% of the Companies' accounts payable related to one vendor.

As of December 31, 2021 and 2020, approximately 68% and 73% of the Companies' accounts receivable were related to two customers, respectively.

As of December 31, 2021 the Companies had no concentrations in total revenue. As of December 31, 2020, one customer made up approximately 26% of the Companies' total revenue.

See Independent Accountants' Review Report

- 14 -

PINN-02698

**EMPIRICAL PRIME, LLC & AFFILIATES**

**NOTES TO COMBINED FINANCIAL STATEMENTS**

**(12)**  **Risk and uncertainties**

On March 11, 2020, the World Health Organization declared the outbreak of a coronavirus ("COVID-19") a pandemic. The COVID-19 outbreak is causing some business disruption across a range of industries. The extent of the impact of COVID-19 on the Companies' operations and financial performance will depend on certain developments, including the duration and spread of the outbreak and the impact on the Companies' customers, employees and vendors, all of which are uncertain and cannot be predicted. At this point, the extent to which COVID-19 may impact the Companies' financial condition or results of operations is uncertain.

**(13)**  **Subsequent events**

Management has evaluated subsequent events through August 2, 2022, which is the date the combined financial statements were available to be issued. No significant maters were identified for disclosure during this evaluation.

See Independent Accountants' Review Report

- 15 -

PINN-02699

**SUPPLEMENTARY INFORMATION**

PINN-02700



**Mayer Hoffman McCann P.C.**
700 W 47th St Ste 1100 ▪ Kansas City, MO 64112
Main: 816.945.5600 ▪ Fax: 816.897.1280 ▪ www.mhmcpa.com

**INDEPENDENT ACCOUNTANTS' REVIEW REPORT ON SUPPLEMENTARY INFORMATION**

To the Shareholder

**EMPIRICAL PRIME, LLC & AFFILIATES**

We have reviewed the basic combined financial statements of Empirical Prime, LLC & Affiliates for the years ended 2021 and 2020 and have issued our report thereon dated August 2, 2022. The reviews are made primarily for the purpose of expressing a conclusion about whether any material modifications should be made to the combined financial statements for them to be in accordance with accounting principles generally accepted in the United States of America. The supplementary information included in the accompanying combining balance sheets and combining statements of income are presented for purposes of additional analysis and is not a required part of the basic combined financial statements. Such information is the responsibility of management and was derived from, and relates to, the underlying accounting and other records used to prepare the combined financial statements. The supplementary information has been subjected to the review procedures applied in our reviews of the basic combined financial statements.  We are not aware of any material modifications that should be made to the supplementary information. We have not audited the supplementary information and do not express an opinion on such information.

*Mayer Hoffman McCann P.C.*

Kansas City, Missouri
August 2, 2022

 *Member of Kreston International – a global network of independent accounting firms*

PINN-02701

**EMPIRICAL PRIME, LLC & AFFILIATES**

**COMBINING BALANCE SHEET**

December 31, 2021

| | Empirical Prime, LLC | EP Manufacturing, LLC | Apex Specialty Vehicles, LLC | Sapphire Capital, LLC | RPM Driveaway, LLC | Lumus Graphics, LLC | Fleet Protection Services, LLC | LUXUS Builders, LLC | Carlson Custom Homes, LLC | Mulungas II, LLC | Mulungas I, LLC | EP Properties I, LLC | EP Properties II, LLC | EP Properties III, LLC | Carlson Estate, LLC | Prime Staffing, LLC | Eliminations | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | | | |
| **CURRENT ASSETS** | | | | | | | | | | | | | | | | | | |
| Cash | $ 57,493 | $ 195,722 | $ 38,097 | $ 50,831 | $ 143 | $ - | $ - | $ 43,707 | $ - | $ - | $ - | $ 3,693 | $ 90 | $ 2,636 | $ 51 | $ 122 | $ - | $ 392,585 |
| Restricted cash | - | 50,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 50,000 |
| Accounts receivable, net | 330,030 | 199,041 | 1,121,692 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,650,763 |
| Current portion of notes receivable | - | - | - | 48,338 | - | - | - | - | - | - | - | - | - | - | - | - | - | 48,338 |
| Inventories | - | 1,699,622 | 2,469,585 | - | - | - | - | 1,188 | - | - | - | - | - | - | - | - | - | 4,170,395 |
| Prepaid expenses and other current assets | - | 106,093 | 17,659 | - | - | - | - | - | - | 8,276 | - | 5,768 | (779) | 1,317 | - | 1,850 | - | 140,184 |
| TOTAL CURRENT ASSETS | 387,523 | 2,250,478 | 3,647,033 | 99,169 | 143 | - | - | 44,895 | - | 8,276 | - | 9,461 | (689) | 3,953 | 51 | 1,972 | - | 6,452,265 |
| | | | | | | | | | | | | | | | | | | |
| PROPERTY AND EQUIPMENT, net | 1,144,099 | 634,196 | 563,592 | - | - | - | - | (26,952) | - | 887,811 | 1,019,333 | 598,867 | 699,728 | 520,889 | - | 5,991 | - | 6,047,554 |
| NOTES RECEIVABLES, less current portion above | - | - | - | 3,691 | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,691 |
| TOTAL ASSETS | $ 1,531,622 | $ 2,884,674 | $ 4,210,625 | $ 102,860 | $ 143 | $ - | $ - | $ 17,943 | $ - | $ 896,087 | $ 1,019,333 | $ 608,328 | $ 699,039 | $ 524,842 | $ 51 | $ 7,963 | $ - | $ 12,503,510 |
| **LIABILITIES** | | | | | | | | | | | | | | | | | | |
| **CURRENT LIABILITIES** | | | | | | | | | | | | | | | | | | |
| Accounts payable | $ 82,923 | $ 637,400 | $ 482,664 | $ - | $ 17,129 | $ - | $ - | $ 48,292 | $ - | $ - | $ - | $ - | $ - | $ 2,480 | $ - | $ 237 | $ - | $ 1,271,125 |
| Accrued expenses and other liabilities | 19,286 | 41,450 | 62,605 | - | - | - | - | 32,526 | - | 23,905 | 51,207 | 770 | (5,150) | - | - | - | - | 226,599 |
| Customer deposits | - | 290,209 | 537,245 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 827,454 |
| Current portion of long-term debt | 108,411 | 506,256 | 245,171 | - | - | - | - | - | - | 23,797 | 169,913 | 13,075 | 16,308 | 10,746 | - | - | - | 1,093,677 |
| Current portion of long-term debt, related party | - | - | 50,000 | - | - | - | - | - | - | - | - | - | - | 41,846 | - | - | - | 91,846 |
| Current portion of lines of credit | - | 4,866,584 | 1,000,000 | 38,704 | - | - | - | - | - | - | - | - | - | - | - | - | - | 5,905,288 |
| TOTAL CURRENT LIABILITIES | 210,620 | 6,341,899 | 2,377,685 | 38,704 | 17,129 | - | - | 80,818 | - | 47,702 | 221,120 | 13,845 | 16,308 | 49,922 | - | 237 | - | 9,415,989 |
| | | | | | | | | | | | | | | | | | | |
| LONG-TERM DEBT, RELATED PARTY, less current portion above | - | - | - | - | - | - | - | - | - | - | - | - | 216,721 | 244,103 | - | - | - | 460,824 |
| LONG-TERM DEBT, less current portion above | 23,173 | 155,521 | 529,072 | - | - | - | - | - | - | 695,989 | 2,336,218 | 240,445 | 474,709 | 155,765 | - | - | - | 4,610,892 |
| TOTAL LIABILITIES | 233,793 | 6,497,420 | 2,906,757 | 38,704 | 17,129 | - | - | 80,818 | - | 743,691 | 2,557,338 | 254,290 | 707,738 | 449,790 | - | 237 | - | 14,487,705 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | | | | | | | | | |
| OWNER'S EQUITY (DEFICIT) | 2,624,168 | (3,224,747) | 3,124,454 | 97,612 | (26,467) | (10,852) | 1,382 | 175,026 | (129) | 125,849 | (1,647,702) | (2,540) | (10,747) | (20,701) | (9,640) | (22,838) | - | 1,172,128 |
| RECEIVABLE FROM OWNER | (1,326,339) | (387,999) | (1,820,586) | (33,456) | 9,481 | 10,852 | (1,382) | (237,901) | 129 | 26,547 | 109,697 | 356,578 | 2,048 | 95,753 | 9,691 | 30,564 | - | (3,156,323) |
| TOTAL LIABILITIES AND OWNER'S EQUITY (DEFICIT) | $ 1,531,622 | $ 2,884,674 | $ 4,210,625 | $ 102,860 | $ 143 | $ - | $ - | $ 17,943 | $ - | $ 896,087 | $ 1,019,333 | $ 608,328 | $ 699,039 | $ 524,842 | $ 51 | $ 7,963 | $ - | $ 12,503,510 |

See Independent Accountants' Review Report on Supplementary Information

- 17 -

PINN-02702

**EMPIRICAL PRIME, LLC & AFFILIATES**

**COMBINING BALANCE SHEET**

December 31, 2020

| | Force Midwest, LLC | Midwestern Automotive LLC | Apex Specialty Vehicles, LLC | Sapphire Capital, LLC | Fleet Protection Services, LLC | Force Construction, LLC | Carlson Custom Homes, LLC | Force Commercial Building, LLC | Mulungas I, LLC | Eliminations | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **A S S E T S** | | | | | | | | | | | |
| CURRENT ASSETS | | | | | | | | | | | |
| Cash | $ 502,957 | $ 273,662 | $ 99,788 | $ 52,624 | $ 482 | $ 36,530 | $ - | $ - | $ - | $ - | $ 966,043 |
| Restricted cash | - | 50,000 | - | - | - | - | - | - | | - | 50,000 |
| Accounts receivable, net | - | - | 185,772 | - | - | 4,800 | - | - | - | | 190,572 |
| Current portion of notes receivable | - | - | - | 71,699 | - | - | - | - | - | - | 71,699 |
| Inventories | - | 1,483,956 | 4,218,284 | - | - | - | - | - | - | - | 5,702,240 |
| Prepaid expenses and other current assets | 31,484 | 90,800 | 60,461 | - | 900 | 26,151 | - | 4,574 | 16,970 | - | 231,340 |
| Note receivable, related party | - | - | - | - | - | - | - | - | - | - | - |
| TOTAL CURRENT ASSETS | 534,441 | 1,898,418 | 4,564,305 | 124,323 | 1,382 | 67,481 | - | 4,574 | 16,970 | - | 7,211,894 |
| PROPERTY AND EQUIPMENT, net | 1,865,010 | - | 579,579 | - | - | 454,752 | - | 919,254 | 1,113,782 | - | 4,932,377 |
| NOTES RECEIVABLES, less current portion above | - | - | - | 50,628 | - | - | - | - | - | - | 50,628 |
| TOTAL ASSETS | $ 2,399,451 | $ 1,898,418 | $ 5,143,884 | $ 174,951 | $ 1,382 | $ 522,233 | $ - | $ 923,828 | $ 1,130,752 | $ - | $ 12,194,899 |
| **L I A B I L I T I E S** | | | | | | | | | | | |
| CURRENT LIABILITIES | | | | | | | | | | | |
| Accounts payable | $ 2,728 | $ 598,873 | $ 585,195 | $ - | $ - | $ 2,387 | $ - | $ - | $ - | $ - | $ 1,189,183 |
| Accrued expenses and other liabilities | 216,332 | 8,967 | 163,108 | - | - | 28,927 | 4 | 19,465 | 50,993 | - | 487,796 |
| Customer deposits | - | 124,165 | 231,175 | - | - | - | - | - | - | | 355,340 |
| Current portion of long-term debt | 77,725 | - | 234,075 | - | - | 8,767 | - | 22,547 | 162,046 | | 505,160 |
| Current portions of lines of credit | - | 3,999,674 | 831,611 | 137,963 | - | - | - | - | - | - | 4,969,248 |
| TOTAL CURRENT LIABLITIES | 296,785 | 4,731,679 | 2,045,164 | 137,963 | - | 40,081 | 4 | 42,012 | 213,039 | - | 7,506,727 |
| LONG-TERM DEBT, less current portion above | 141,273 | 126,112 | 427,898 | - | - | 248,923 | - | 720,102 | 2,509,993 | - | 4,174,301 |
| TOTAL LIABILITIES | 438,058 | 4,857,791 | 2,473,062 | 137,963 | - | 289,004 | 4 | 762,114 | 2,723,032 | - | 11,681,028 |
| **O W N E R ' S   E Q U I T Y   ( D E F I C I T )** | | | | | | | | | | | |
| OWNER'S EQUITY (DEFICIT) | 1,961,393 | (2,959,373) | 2,670,822 | 36,988 | 1,382 | 233,229 | (4) | 161,714 | (1,592,280) | - | 513,871 |
| TOTAL LIABILITIES AND OWNER'S EQUITY (DEFICIT) | $ 2,399,451 | $ 1,898,418 | $ 5,143,884 | $ 174,951 | $ 1,382 | $ 522,233 | $ - | $ 923,828 | $ 1,130,752 | $ - | $ 12,194,899 |

See Independent Accountants' Review Report on Supplementary Information

PINN-02703

**EMPIRICAL PRIME, LLC & AFFILIATES**

**COMBINING STATEMENT OF INCOME**

Year Ended December 31, 2021

| | Force Midwest, LLC | Midwestern Automotive LLC | Apex Specialty Vehicles, LLC | Sapphire Capital, LLC | RPM Driveaway, LLC | Lumus Graphics, LLC | Fleet Protection Services, LLC | LUXUS Builders, LLC | Carlson Custom Homes, LLC | Mulungus II, LLC | Mulungas I, LLC | EP Properties I, LLC | EP Properties II, LLC | EP Properties III, LLC | Carlson Estate, LLC | Prime Staffing, LLC | Eliminations | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NET SALES | $ 1,845,450 | $ 15,644,491 | $ 4,807,619 | $ 10,896 | $ 444,623 | $ - | $ - | $ - | $ - | $ 101,042 | $ 371,840 | $ 59,038 | $ 11,100 | $ 16,200 | $ - | $ - | $ (4,172,767) | $ 19,139,532 |
| COST OF GOODS SOLD | 10,471 | 13,960,115 | 3,964,022 | - | 412,565 | - | - | 5,126 | - | 33,760 | 106,425 | 3,150 | 1,051 | 3,150 | 905 | 7,400 | (2,327,317) | 16,180,823 |
| GROSS PROFIT | 1,834,979 | 1,684,376 | 843,597 | 10,896 | 32,058 | - | - | (5,126) | - | 67,282 | 265,415 | 55,888 | 10,049 | 13,050 | (905) | (7,400) | (1,845,450) | 2,958,709 |
| OPERATING EXPENSES | 1,653,505 | 2,028,231 | 1,703,733 | (55,434) | 57,693 | 10,852 | - | 48,943 | 125 | 62,674 | 200,481 | 50,986 | 15,615 | 26,268 | 8,735 | 15,438 | (1,845,450) | 3,982,395 |
| OPERATING INCOME (LOSS) | 181,474 | (343,855) | (860,136) | 66,330 | (25,635) | (10,852) | - | (54,069) | (125) | 4,608 | 64,934 | 4,902 | (5,566) | (13,218) | (9,640) | (22,838) | - | (1,023,686) |
| OTHER INCOME (EXPENSE) | | | | | | | | | | | | | | | | | | |
| Grant income | 491,480 | 264,003 | 1,388,966 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,144,449 |
| Interest expense | (10,179) | (185,522) | (75,198) | (5,706) | (832) | - | - | (4,134) | - | (40,473) | (120,356) | (7,442) | (5,181) | (7,483) | - | - | - | (462,506) |
| TOTAL OTHER INCOME (EXPENSE) | 481,301 | 78,481 | 1,313,768 | (5,706) | (832) | - | - | (4,134) | - | (40,473) | (120,356) | (7,442) | (5,181) | (7,483) | - | - | - | 1,681,943 |
| NET INCOME (LOSS) | $ 662,775 | $ (265,374) | $ 453,632 | $ 60,624 | $ (26,467) | $ (10,852) | $ - | $ (58,203) | $ (125) | $ (35,865) | $ (55,422) | $ (2,540) | $ (10,747) | $ (20,701) | $ (9,640) | $ (22,838) | $ - | $ 658,257 |

See Independent Accountants' Review Report on Supplementary Information

- 19 -

PINN-02704

**EMPIRICAL PRIME, LLC & AFFILIATES**

**COMBINING STATEMENT OF INCOME**

Year Ended December 31, 2020

| | Force Midwest, LLC | Midwestern Automotive LLC | Apex Specialty Vehicles, LLC | Sapphire Capital, LLC | Lumus Graphics, LLC | Fleet Protection Services, LLC | Force Construction, LLC | Carlson Custom Homes, LLC | Force Commercial Building, LLC | Mulungas, LLC | Eliminations | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NET SALES | $ 1,287,000 | $ 13,634,273 | $ 5,375,859 | $ 11,740 | $ - | $ 116,056 | $ 46,490 | $ - | $ 90,000 | $ 355,700 | $ (3,554,145) | $ 17,362,973 |
| COST OF GOODS SOLD | 56,493 | 11,024,804 | 4,751,141 | - | - | 79,036 | 21,648 | - | 26,394 | 95,102 | (2,052,480) | 14,002,138 |
| GROSS PROFIT (LOSS) | 1,230,507 | 2,609,469 | 624,718 | 11,740 | - | 37,020 | 24,842 | - | 63,606 | 260,598 | (1,501,665) | 3,360,835 |
| OPERATING EXPENSES | 1,462,185 | 1,395,570 | 549,674 | 68,455 | 22,625 | 21,213 | 59,894 | 3,289 | 52,858 | 160,915 | (1,287,000) | 2,509,678 |
| OPERATING INCOME (LOSS) | (231,678) | 1,213,899 | 75,044 | (56,715) | (22,625) | 15,807 | (35,052) | (3,289) | 10,748 | 99,683 | (214,665) | 851,157 |
| OTHER INCOME (EXPENSE) | | | | | | | | | | | | |
| Grant income | 158,600 | 45,449 | 424,400 | - | - | - | - | - | - | - | - | 628,449 |
| Interest expense | (12,292) | (101,003) | (77,089) | (8,621) | - | - | (11,219) | - | (41,509) | (126,555) | - | (378,288) |
| TOTAL OTHER EXPENSE | 146,308 | (55,554) | 347,311 | (8,621) | - | - | (11,219) | - | (41,509) | (126,555) | - | 250,161 |
| NET INCOME (LOSS) | $ (85,370) | $ 1,158,345 | $ 422,355 | $ (65,336) | $ (22,625) | $ 15,807 | $ (46,271) | $ (3,289) | $ (30,761) | $ (26,872) | $ (214,665) | $ 1,101,318 |

See Independent Accountants' Review Report on Supplementary Information

PINN-02705