**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 4:24-bk-40261-can7 |
| BRADLEY JAMES CARLSON, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| ENTERPRISE BANK AND TRUST, | ) | |
| Plaintiff, | ) | Adv. Pro. No. 25-04017-can |
| v. | ) | |
| BRADLEY JAMES CARLSON, | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
AND DETERMINATION OF NONDISCHARGEABILITY**

The matter before the Court is the Motion for Default Judgment Under Rule 55(b)(2) (the "Motion") filed by Plaintiff Enterprise Bank and Trust ("Enterprise"). Enterprise filed its Complaint to Determine Dischargeability of Debt [ECF 1] (the "Complaint") against Debtor Bradley James Carlson (the "Debtor") on July 31, 2025, requesting the Court determine that certain debt in the amount of $9,423,864.76 owed to Enterprise be deemed non-dischargeable pursuant to Sections 523(a)(2)(A) and 523(a)(2)(B) of the Bankruptcy Code.

The Court, after reviewing the pleadings in this adversary proceeding and the relevant legal authorities, finds and concludes that the Summons was properly served in this matter pursuant to Fed. R. Bankr. P. 7004(b)(1) [ECF 7; 8], that Debtor has failed to answer or otherwise respond to the Complaint despite proper service, that the Clerk of this Court entered default against Debtor

Error! Unknown document property name.

on September 11, 2025 [ECF 9], that that Enterprise submitted a proof of claim in this matter in

the total amount of $9,423,864.76 [*see* Claim No. 14] (the "Claim") and that no party has objected

to the Claim, that the facts alleged in the Complaint are deemed admitted by Debtor by virtue of

his default and show that the Claim constitutes money or extensions of credit obtained by Debtor

through false representations and materially false statements in writing respecting the debtor's

financial condition and otherwise fulfills all the elements required for establishing a debt as non-

dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A) and (B) as set forth in the Motion.

IT IS THEREFORE ORDERED, that a final judgment by default is hereby entered against

Debtor in favor of Enterprise excepting the full amount of the debt evidenced by the Claim from

discharge pursuant to 11 U.S.C. § 523(a)(2)(A) and (B).

Dated: November 19, 2025                                   SO ORDERED

                                                           /s/ Cynthia A. Norton
                                                           Honorable Cynthia A. Norton
                                                           United States Bankruptcy Judge

**Prepared and Submitted By:**

By:*/s/ William J. Easley*
William J. Easley, MO #70041
1200 Main Street, Suite 3800
Kansas City, MO 64105
Telephone: (816) 374-3200
Facsimile: (816) 374-3300
will.easley@bclplaw.com

2